UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA PRODUCTS<br>LIABILITY LITIGATION | MDL Docket No. MDL 1871<br>2:07-md-01871 (CMR)<br>HONORABLE CYNTHIA M. RUFE |

### RENEWED APPLICATION OF J. PAUL SIZEMORE FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Please consider this my Application for Appointment to the Plaintiffs' Steering Committee. In support thereof, applicant shows this Court that applicant is well-versed in mass tort litigation, has the willingness and availability to commit to this project, and the ability to work cooperatively with others.

### PROFESSIONAL EXPERIENCE

Mr. Sizemore practices exclusively in the areas of mass torts, product liability and antitrust litigation. He has lectured on and published numerous articles in reference to mass torts and product liability litigation.

Mr. Sizemore has been involved in the Vioxx, Celebrex and Bextra litigations throughout the country for approximately the last five years. He is a member of the Plaintiff's Steering Committee for the Bextra/Celebrex consolidated MDL. He currently serves as a member of the Executive Committee for the Vioxx MDL Science Committee and is also the Chair of the Biological Plausibility Committee. He is currently the Co-Chair of the Cox-2 Litigation Section of AAJ (formerly ATLA) and was elected to this position by his peers.

Mr. Sizemore was privileged to try both the first Multi-District Litigation trial and the

first California trial involving Vioxx. He has participated in numerous Vioxx trials since then. Mr. Sizemore is also a member of the trial team for the first Bextra MDL trial before Judge Breyer scheduled to begin May 1, 2008.

Mr. Sizemore has chaired or co-chaired numerous Cox-2 inhibitor seminars, as well as lectured for AAJ, Mealey's, Harris-Martin and Mass Torts Made Perfect. Within the past year he has given the following lectures: 1) AAJ "Pharma & Beyond: Litigation Today Seminar;" 2) AAJ Summer Conference - Chair and Cox-2 Litigation Update; 3) Mealey's Avandia Seminar - Case Selection; 4) Mealey's Pharmaceutical Conference - Vioxx Trial Package; 5) Mass Torts Made Perfect – Seravent; & 6) AAJ Cox-2 Litigation Group teleconference.

Mr. Sizemore was recently honored by Trial magazine with the publication of his article "Accepting Risk Factors in Pharmaceutical Litigation." He has also received many honors as well as significant press recognition, including numerous media interviews such as National Public Radio, Southern California's Premier Law Series, Champions of Justice, Bloomberg News, Australian Television's Four Corners, the AP Wire, Google News, The Atlanta Journal Constitution, Drug Industry Daily, Knight-Ridder News Service, Pharmaceutical Corporate Compliance Report, Sun Staff, USA Today, West Virginia Record, American Help Line, The New York Times, The Gwinnett Daily Post, and numerous other news organizations.

Mr. Sizemore is a member of: AAJ, Consumer Attorneys of California, Consumer Attorneys Association of Los Angeles, the Alabama State Bar, the Tennessee State Bar, the Georgia State Bar and the California State Bar

### ABILITY TO WORK COOPERATIVELY WITH OTHERS

Civility and cooperation are cornerstones of any successful attorney. Mr. Sizemore not only recognizes the importance of these concepts, but endeavors to incorporate them into his

everyday dealings with both his fellow attorneys and the courts. Indeed, civility and professionalism are not ideals merely to be reserved for dealings with fellow plaintiffs' attorneys. Mr. Sizemore practiced as a defense attorney for many years before refocusing his practice. Thus, he has a unique insight into the sometimes stressful tasks associated with both the plaintiff and defense practices. This unique insight affords him the ability to practice in an effective, yet civil and professional manner. He will endeavor to utilize those attributes in this matter.

## AVAILABILITY

Mr. Sizemore presently has the time, financial resources, and energy available for this project, as well as an active interest in this project. Moreover, as the member of a large plaintiff's firm, Mr. Sizemore can assure that proper staffing and financial backing are provided to this litigation to ensure proper pursuit of this matter. Wherefore, movant prays this Honorable Court for consideration of his application to serve on the PSC in the above-captioned matter.

RESPECTFULLY SUBMITTED,

BY: _____
J. Paul Sizemore, Georgia Bar # 649446
Girardi | Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554
Email: psizemore@girardikeese.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served via U.S. Mail upon counsel for all parties this 20 day of March, 2008.

_____
J. Paul Sizemore

# SCHEDULE B

## Search Results

RACHEL ABRAMS
HERSH & HERSH
2080 OPERA PLAZA
601 VAN NESS AVE
SAN FRANCISCO, CA 94102-6388

ROBERT HENRY ALEXANDER
THE LAW OFFICE OF ROBERT H. ALEXANDER JR
POBOX 868
OKLAHOMA CITY, OK 73101

BENJAMIN H. ANDERSON
ANDERSON LAW OFFICE, LLC
1360 W. 9TH STREET
SUITE 200
CLEVELAND, OH 44113

VANCE R. ANDRUS
ANDRUS BOUDREAUX LEMOINE & TONORE
416 W. MAIN ST
POBX 3347
LAFAYETTE, LA 70502 3347

PAUL GERARD AUCOIN
134 GOODWILL PLANTATION ROAD
VACHERIE, LA 70090

BRYAN FREDERICK AYLSTOCK
AYLSTOCK, WITKIN & SASSER, PLC
4400 BAYOU BLVD SUITE 58
PENSACOLA, FL 32503 1909

DANIEL E. BECNEL, JR
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 WEST SEVENTH STREET
POST OFFICE DRAWER H
RESERVE, LA 70084

GEORGE J. BEQUETTE, JR
BEQUETTE AND BILLINGSLEY P.A.
425 WEST CAPITOL AVENUE
SUITE 3200
LITTLE ROCK, AR 72201

JERRY W. BLACKWELL
BLACKWELL IGBANUGO ENGEN & SAFFOLD
701 FORTH AVENUE SOUTH
SUITE 1730
MINNEAPOLIS, MN 55415

BARRY H. BOISE
PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE
18TH & ARCH STREETS
PHILADELPHIA, PA 19103 2799

TURNER W. BRANCH
BRANCH LAW FIRM
2025 RIO GRANDE BLVD. NW
ALBUQUERQUE, NM 87104

JOHN M. BRODERICK
PUGH, JONES, ET AL
180 NORTH LASALLE STREET
SUITE 3400
CHICAGO, IL 60601

CYNTHIA BROWN
HERSH & HERSH
2080 OPERA PLAZA
601 VAN NESS AVE
SAN FRANCISCO, CA 94102-6388

BRUCE DON BURTOFF
THE MILLER FIRM, LLC
108 RAILROAD AVENUE
ORANGE, VA 22960

MARK E. BURTON, JR
HERSH & HERSH
2080 OPERA PLAZA
601 VAN NESS AVE STE 2080
SAN FRANCISCO, CA 94102-6388

CRAIG W. CARLSON
SMITH & CARLSON
P.O. BOX 10920
KILLEEN, TX 76547

CHARLES H. CARPENTER
PEPPER, HAMILTON LLP
HAMILTON SQUARE
600 FOURTEENTH STREET, N.W.
WASHINGTON, DC 20005-2004

SIOBHAN A. CULLEN
DRINKER BIDDLE & REATH
333 S. GRAND AVE., STE. 1700
LOS ANGELES, CA 90071

SUZANNE M D'AMICO
PEPPER HAMILTON
THE NEW YORK TIMES BUILDING
37TH FLOOR
620 EIGTH AVENUE
NEW YORK, NY 10018

CLARENCE DAVIS
NELSON MULLINS RILEY AND SCARBOROUGH
P.O. BOX 11070
COLUMBIA, SC 29211

ROGER D. DRAKE
BAUM HEDLUND ARISTEI & GOLDMAN
12100 WILSHIRE BLVD., STE. 950
LOS ANGELES, CA 90025

STEPHEN WOODROW DRINNON
THE DRINNON LAW FIRM
1700 PACIFIC AVENUE
SUITE 2230
DALLAS, TX 75201

DAVID L. EISBROUCH
BALKIN AND EISBROUCH LLC
50 MAIN STREET
SUITE SIX
HACKENSACK, NJ 07601

SEAN P. FAHEY
PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE
18TH & ARCH STREETS
PHILADELPHIA, PA 19103 2799

RONALD J. FAVRE
MICHAELBINGLE & ASSOCIATES, INC.
220 GAUSE BLVD
SUITE 200
P.O. BOX 1129
SLIDELL, LA 70459

SAMUEL L. FELKER
BASS, BERRY AND SIMS
315 DEADERICK ST.
SUITE 2700, FIRST AMERICAN CENTER
NASHVILLE, TN 37238

ANDREW FINKELSTEIN
FINKELSTEIN & PARTNERS LLP
436 ROBINSON AVE
NEWBURGH, NY 12550

EDWARD W. GERECKE
CARLTON, FIELDS, WARD, ETAL
POBOX 3239
TAMPA, FL 33601

THOMAS V GIRARDI
GIRARDI & KEESE
1126 WILSHIRE BOULEVARD
LOS ANGELES, CA 90017-1904

LIONEL Z. GLANCY
GLANCY BINKOW AND GOLDBERG
1801 AVENUE OF THE STARS
SUITE 311
LOS ANGELES, CA 90067

| | | |
|---|---|---|
| MARC L. GODINO<br>CLANCY BINKOW AND GOLDBERG<br>1801 AVENUE OF THE STARS<br>SUITE 311<br>LOS ANGELES, CA 90067 | BRIAN A. GOLDSTEIN<br>CELLINO & BARNES, PC<br>17 COURT STREET, 7TH FLR.<br>BUFFALO, NY 14202 | NINA M. GUSSACK<br>PEPPER HAMILTON LLP<br>3000 TWO LOGAN SQ<br>18TH & ARCH STS<br>PHILADELPHIA, PA 19103 2799 |
| MATTHEW J. HAMILTON<br>PEPPER HAMILTON, LLP<br>18TH & ARCH STS.<br>3000 TWO LOGAN SQUARE<br>PHILA, PA 19103-2799 | CATHERINE THEODORA HEACOX<br>THE LANIER LAW FIRM, PLLC<br>126 EAST 56TH STREET<br>6TH FLOOR<br>NEW YORK, NY 10022 | EDWARD J. HEFFERNAN<br>PEPPER HAMILTON LLP<br>3000 TWO LOGAN SQUARE<br>18TH AND ARCH STREET<br>PHILADELPHIA, PA 19103 |
| NANCY HERSH<br>HERSH & HERSH<br>2080 OPERA PLAZA<br>601 VAN NESS AVE<br>SAN FRANCISCO, CA 94102-6388 | WALDON MICHAEL HINGLE<br>MICHAEL HINGLE & ASSOCIATES, INC.<br>220 GAUSE BLVD.<br>SUITE 200<br>SLIDELL, LA 70459 | HENRY LEWIS HIPKENS<br>BASS, BERRY & SIMMS<br>AMSOUTH CENTER<br>315 DEADRICK STREET<br>SUITE 2700<br>NASHVILLE, TN 37238 |
| SHEPARD A. HOFFMAN<br>LAW OFFICES OF SHEPARD A. HOFFMAN<br>301 N. CHARLES STREET<br>SUITE 901<br>BALTIMORE, MD 21201 | ROBERT HOLLAND<br>HOLLAND LAW<br>308 COGDILL RD NW<br>KNOXVILLE, TN 37922 | SHANNON M. HOLLAND<br>HOLLAND LAW<br>308 COGDILL ROAD NW<br>KNOXVILLE, TN 37922 |
| ROBERT WILLIAM IVY<br>THE LAW OFFICE OF ROBERT H. ALEXANDER JR<br>POBOX 868<br>OKLAHOMA CITY, OK 73101 | LYNN SEITHEL JEKEL<br>NESS MOTLEY PA<br>POBX 1792<br>28 BRIDGESIDE BLVD<br>MT PLEASANT, SC 29465 | GREGORY LAWING JONES<br>GREG JONES, P.A.<br>3015 MARKET STREET<br>WILMINGTON, NC 28403 |
| WALTER JONES, JR<br>PUGH, JONES, ET AL<br>180 NORTH LASALLE STREET<br>SUITE 3400<br>CHICAGO, IL 60601 | JAMIE RANAH KENDALL<br>PRICE WAICUKAUSKI & RILEY<br>301 MASSACHUSETTS AVENUE<br>INDIANAPOLIS, IN 46204 | KENNETH J. KING<br>PEPPER HAMILTON LLP<br>THE NY TIMES BLDG<br>620 EIGHTH AVE<br>NEW YORK, NY 10018 |
| AMANDA S. KITTS<br>NELSON MULLINS RILEY AND SCARBOROUGH<br>P.O. BOX 11070<br>COLUMBIA, SC 29211 | W. MARK LANIER<br>THE LANIER LAW FIRM<br>6810 FM 1960 WEST<br>HOUSTON, TX 77069 | GEORGE ALEXANDER LEHNER<br>PEPPER, HAMILTON & SCHEETZ<br>1300 19TH STREET, NW<br>SUITE 700<br>WASHINGTON, DC 20036 |
| JENNIFER LENZE<br>GIRARDI AND KEESE<br>1126 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90017 | STEVEN LIM<br>FINKELSTEIN & PARTNERS LLP<br>436 ROBINSON AVE<br>NEWBURGH, NY 12550 | JOHN J. LOVE<br>ROBERT H. ALEXANDER JR PC<br>120 N ROBINSON<br>24TH FLOOR<br>OKLAHOMA CITY, OK 73102 |
| LEWIS WILKINSON LYONS<br>GLASSMAN EDWARDS WADE AND WYATT<br>26 N. SECOND STREET<br>MEMPHIS, TN 38103 | VICTORIA JENNINGS MANIATIS<br>MORELLI RATNER, P.C.<br>950 THIRD AVENUE<br>NEW YORK, NY 10022 | BRIAN J. MCCORMICK, JR<br>SHELLER PC<br>1528 WALNUT ST., 3RD FL<br>PHILADELPHIA, PA 19102 |
| RICHARD MEADOW<br>ROBERT M. BLAKEMAN & ASSOCIATES<br>108 S. FRANKLIN AVENUE<br>VALLEY STREAM, NY 11580 | THOMAS E. MELLON, JR<br>MELLON, WEBSTER & MELLON<br>87 NORTH BROAD STREET<br>DOYLESTOWN, PA 18901 | KAREN BARTH MENZIES<br>BAUM HEDLUND ARISTEI GOLDMAN & MENZIES<br>12100 WILSHIRE BLVD STE 950<br>LOS ANGELES, CA 90025 |
| HENRY A. MEYER, III<br>ABOWITZ TIMBERLAKE & DAHNKE PC<br>POBOX 1937<br>OKLAHOMA CITY, OK 73101 | GARY MARTIN MEYERS<br>MEYERS AND GOLDTHWAITE<br>35 W. MAIN STREET<br>SUITE 106<br>DENVILLE, NJ 07834 | NANCY A. MISMASH<br>DERRY & ASSOCIATES<br>4252 S 700 E<br>SALT LAKE CITY, UT 84107 |

| | | |
|---|---|---|
| ROBERT EDWARD MORELAND<br>HEILIG, MC KENRY, FRAIM AND LOLLAR<br>700 NEWTOWN ROAD<br>SUITE 15<br>NORFOLK, VA 23502 | JOSEPH J. MORFORD<br>TUCKER ELLIS & WEST LLP<br>1100 HUNTINGTON BLDG.<br>925 EUCLID AVENUE<br>CLEVELAND, OH 44115 | BRIAN PHILLIP MURRAY<br>MURRAY FRANK SAILER LLP<br>275 MADISON AVE SUITE 801<br>NEW YORK, NY 10016 6099 |
| MIKE NEILON<br>WPVI TV (ABC PHILADELPHIA)<br>4100 CITY LINE AVENUE<br>PHILADELPHIA, PA 19131 | JOHN F. NEVARES<br>P.O. BOX 13667<br>SAN JUAN, PR 00908 | DEBORA A. O'NEILL<br>MEYERSON & O'NEILL<br>1700 MARKET ST.<br>STE 3025<br>PHILADELPHIA, PA 19103 |
| NEIL D. OVERHOLTZ<br>AYLSTOCK, WITKIN & SASSER, PLC<br>4400 BAYOU BLVD.<br>SUITE 58<br>PENSACOLA, FL 32503 | NICHOLAS H. PATTON<br>PATTON, TIDWELL & SANDEFUR<br>P.O. BOX 5398<br>CROWN EXECUTIVE CENTER, 6500 SUMMERHILL<br>TEXARKANA, TX 75505 5398 | GALE DIANE PEARSON<br>GALE D. PEARSON & ASSOCIATES PA<br>1012 GRAIN EXCHANGE BUILDING<br>400 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 |
| BRYAN AUGUST PFLEEGER<br>MICHAEL HINGLE & ASSOCIATES, INC.<br>220 GAUSE BLVD.<br>SUITE 200<br>P.O. BOX 1129<br>SLIDELL, LA 70459 | MICHAEL L. PEIFER<br>952 ECHO LANE<br>SUITE 140<br>HOUSTON, TX 77024 | ROBERT CHRISTAN PITTARD<br>DAVIS LAW FIRM<br>5710 IH-10 W<br>SAN ANTONIO, TX 78201 |
| ELEANOR LOUISE POLIMENI<br>FINKELSTEIN & PARTNERS, LLP<br>436 ROBINSON AVENUE<br>NEWBURGH, NY 12550 | LYN PEEPLES PRUITT<br>MITCHELL WILLIAMS SELIG GATES<br>425 W. CAPITOL AVE<br>SUITE 1800<br>LITTLE ROCK, AR 72201-3525 | ERIC F. QUANDT<br>PUGH JONES<br>180 NORTH LASALLE ST<br>SUITE 3400<br>CHICAGO, IL 60601 |
| JOSE L. RAMIREZ-COLL<br>FIDDLER GONZALEZ & RODRIGUEZ<br>P.O. BOX 363507<br>SAN JUAN, PR 00936 | DIEGO A. RAMOS<br>FIDDLER GONZALEZ & RODRIGUEZ<br>P.O. BOX 363507<br>SAN JUAN, PR 00936 | STEPHEN JEROME RANDALL<br>RANDALL AND SCHUMACHER, P.A.<br>1012 GRAIN EXCHANGE BUILDING<br>400 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 |
| R. JASON RICHARDS<br>AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC<br>803 N. PALAFOX ST.<br>PENSACOLA, FL 32510 | WILLIAM N. RILEY<br>PRICE WAICUKAUSKI & RILEY<br>301 MASSACHUSETTS AVENUE<br>INDIANAPOLIS, IN 46204 | GLENWOOD PARIS ROANE, SR.<br>GLENWOOD P. ROANE, SR., & ASSOCIATES<br>217 EXCHANGE AVENUE<br>MEMPHIS, TN 38105 |
| MARK P. ROBINSON, JR<br>ROBINSON, CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DRIVE<br>SEVENTH FLOOR<br>NEWPORT BEACH, CA 92660 | JAY P. SALTZMAN<br>SCHOENGOLD & SPORN, P.C.<br>CANNON'S WALK<br>19 FULTON STREET<br>SUITE 406<br>NEW YORK, NY 10038 | FRANK ROCCO SCHIRRIPA<br>SCHOENGOLD SPRUN LAITMAN & LOMETTI, P.C.<br>19 FULTON STREET<br>SUITE 406<br>NEW YORK, NY 10038 |
| JOHN SHIFFMAN<br>Philadelphia Inquirer<br>601 Market Street<br>Philadelphia, PA 19106 | LEIGH ANNE SHULTS<br>MITCHELL, WILLIAMS, SELIG, GATES & WOODY<br>425 WEST CAPITOL AVENUE<br>SUITE 1800<br>LITTLE ROCK, AR 72201 | JAMES D. SILL<br>SILL & MEDLEY<br>725 NW ELEVENTH<br>OKLAHOMA CITY, OK 73103 |
| JAMES PAUL SIZEMORE<br>GIRARDI AND KEESE<br>1126 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90017 | STEPHANIE A. SMITH<br>FULBRIGHT & JAWORSKI<br>ONE AMERICAN CTR<br>600 CONGRESS AVE.<br>STE 2400<br>AUSTIN, TX 78701 2011 | SMITHKLINE BEECHAM CORPORATION<br>1 FRANKLIN PLAZA<br>PHILA, PA 19101 |
| KENNETH S SOH<br>LANIER LAW FIRM | ANDY SOBRN<br>GLANCY BINKOW AND GOLDBERG | SAMUEL F. SPORN<br>SCHOENGOLD & SPORN, P.C. |

| | | |
|---|---|---|
| 6810 FM 1960 WEST<br>HOUSTON, TX 77069 | 1801 AVENUE OF THE STARS<br>SUITE 311<br>LOS ANGELES, CA 90067 | 19 FULTON STREET<br>SUITE 406<br>NEW YORK, NY 10038 |
| PAUL K. STECKER<br>PHILLIPS, LYTLE, HITCHCOCK, BLAINE & HUB<br>3400 MARINE MIDLAND CENTER<br>BUFFALO, NY 14203 | HYUNG P. STEELE<br>PEPPER HAMILTON LLP<br>3000 TWO LOGAN SQ.<br>18TH & ARCH STS<br>PHILA, PA 19103-2799 | STEPHEN A. SWEDLOW<br>SWEDLOW & ASSOCIATES<br>205 MICHIGAN AVENUE<br>SUITE 1940<br>CHICAGO, IL 60601 |
| ANTHONY VALE<br>PEPPER HAMILTON LLP<br>3000 TWO LOGAN SQ.<br>18TH AND ARCH STS.<br>PHILADELPHIA, PA 19103 | TED B. WACKER<br>ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DR 7TH FL<br>NEWPORT BEACH, CA 92660 | GEORGE T. WADDOUPS<br>DEBRY & ASSOCIATES<br>4252 S 700 E<br>SALT LAKE CITY, UT 84107 |
| B. J. WADE<br>GLASSMAN, JETER, EDWARDS & WADE<br>26 N. SECOND STREET<br>MEMPHIS, TN 38103 | CHRISTOPHER W. WASSON<br>PEPPER HAMILTON LLP<br>3000 TWO LOGAN SQ<br>18TH & ARCH STS<br>PHILADELPHIA, PA 19103-2799 | DANIEL W. WHITNEY<br>WHITNEY & BOGRIS, LLP<br>401 WASHINGTON AVE.<br>12TH FL.<br>TOWSON, MD 21204 |
| JOSEPH N. WILLIAMS<br>PRICE WAICUKAUSKI & RILEY<br>301 MASSACHUSETTS AVENUE<br>INDIANAPOLIS, IN 46204 | MICHAEL J. WILLIAMS<br>CELLINO & BARNES PC<br>17 COURT ST., 7TH FL<br>BUFFALO, NY 14202-3290 | JUSTIN G. WITKIN<br>AYLSTOCK WITKIN & SASSER, PLC<br>P.O. BOX 1147<br>GULF BREEZE, FL 32561 |
| DONALD F. ZIMMER, JR<br>DRINKER BIDDLE AND REATH<br>50 FREMONT STREET<br>20TH FLOOR<br>SAN FRANCISCO, CA 94105-2235 | | |

Total labels: 109

Not printed due to inadequate address: 12