## **PROFESSIONAL BIOGRAPHY OF DIANNE M. NAST**

Ms. Nast is a senior shareholder, officer, and director of the Pennsylvania law firm of RodaNast, P.C. From 1976 to 1995, she was with the Philadelphia law firm of Kohn, Nast & Graf, P.C., where she was a senior shareholder, officer, and director. She graduated *magna cum laude* from Rutgers University School of Law.

She served as a Director of the Federal Judicial Center Foundation from 1992 until 2002, appointed by Chief Justice William H. Rehnquist. In January 1998, the Chief Justice named Ms. Nast Chair of the Foundation for a five year term.

In January 2001, Judge Edward Becker, then Chief Judge of the United States Court of Appeals for the Third Circuit, appointed Ms. Nast to serve as a member of the fifteen-member Third Circuit Task Force on Selection of Class Counsel. The Task Force issued a report, *Selection of Class Counsel*, Report of the Third Circuit Task Force, (Daniel J. Capra, Reporter). 208 F.R.D. 340 (2002).

In July 2004, Ms. Nast was selected by The American Law Institute to serve as an Adviser for the ALI's Principles of the Law of Aggregate Litigation Project.

Ms. Nast chaired the Lawyers Advisory Committee for the United States Court of Appeals for the Third Circuit and served a three-year term on that Committee. She served for eight years on the Third Circuit's Committee on Revision of Judicial Conduct Rules of the Judicial Council and on the Judicial Conference Long Range Planning Committee.

Ms. Nast has served as Lawyer Chair of the Judicial Conference of the United States Court of Appeals for the Third Circuit. She is a member of the Historical Society of the Third Circuit, and chaired the Circuit's Centennial Celebration.

She was appointed by the late Chief Judge Alfred L. Luongo to Chair the Eastern District of Pennsylvania's Lawyers Advisory Committee, and served for four years in that position. She served for three years as President of The

Historical Society for the United States District Court for the Eastern District of Pennsylvania and as Editor of the Society's Historical Calendar.

She is a member of the American Bar Association Litigation Section, where she served on the Task Force on State Justice Initiatives and on its consulting committee on counsel fees.  She served on the Task Force on the State of the Justice System and the Task Force on Strategic Planning.  She co-chaired the Section's Committee on Liaison With International Professional Associations, and served a three-year term on the Section's Council.  She was co-chair of a Section Joint Conference with the British Bar, a weeklong conference in London on Civil Justice.  She served as a Section Division Director, and co-chaired the Section's Antitrust Committee.  Ms. Nast is a Fellow of the American Bar Foundation

She served a term as Delegate to the American Bar Association House of Delegates, and three terms in the Pennsylvania Bar Association House of Delegates.  She was a member of the Pennsylvania Bar Association's Task Force on the Image of the Lawyer.

Ms. Nast served as a member of the American Arbitration Association Task Force on Alternate Dispute Resolution and Mass Torts.  She also served as a member of the Board of Directors of the American Arbitration Association.

Ms. Nast served a three-year term on the Philadelphia Bar Association Board of Governors, chaired the Association's Federal Courts Committee, and was a member of the Chancellor's Committee on Tort Reform and Special Committee on the Bicentennial Celebration.

She served six years as a Director on the Board of the Public Defender's Office of Philadelphia.  Ms. Nast was selected as one of a small group of Philadelphia attorneys to be appointed Judge Pro Tempore, serving as presiding Judge in major civil jury cases.

She is a member of the American Law Institute and serves on the Editorial Board of ALI's *The Practical Litigator* and is a member of the Board of Directors of the Sedona Conference.

She has participated as a panelist on programs at the Judicial Conferences of the United States Courts of Appeals for the Third and Fourth Circuits. She frequently serves as a faculty member or panelist on legal educational programs, including programs for the American Bar Association, the American Law Institute, the National College of Advocacy, the American Trial Lawyers Association, the University of Pennsylvania Law School, Rutgers School of Law, Dickinson School of Law, the Pennsylvania Bar Association, Philadelphia Bar Association, and Allegheny County Bar Association and Prentice-Hall and Mealey Law Publishers.

Ms. Nast has been selected by fellow lawyers to be listed in *The Best Lawyers in America*, and has been included in each edition since 2003. The *National Law Journal* has selected Ms. Nast as one of the nation's top fifty women litigators. Ms. Nast was also selected by *Philadelphia Magazine* as one of Philadelphia's Best Complex Litigation Lawyers. Since 2004, she has been named as one of Pennsylvania's Top Fifty Women Lawyers.

She is a member of the Board of Directors for the Center for Research on Women and Newborn Health and serves as President of the Foundation's Board. She serves on the Lancaster Catholic High School Board of Education.

She is listed in *Who's Who In America*, *Who's Who In American Women*, *Who's Who in American Law* and in a variety of other *Who's Who* and similar publications.

Ms. Nast has served as Court-appointed Lead Class Counsel and Steering or Major Committee member in a variety of pharmaceutical, antitrust, consumer protection, and other complex cases, including by way of example the following representative cases (in alphabetical order):

Pharmaceutical and Medical Devices:
    *Baycol Products Litigation*, MDL No. 1431 (D. Minn.)
    *Diet Drug Product Liability Litigation*, MDL No. 1203 (E.D. Pa.)
    *Factor Concentrate Litigation*, MDL No. 986 (N.D. Ill.)
    *Felbatol Products Liability Litigation*, MDL No. 1048 (N.D. Cal.)
    *Medtronic, Inc. Products Liability Litigation*, MDL No. 1726 (D. Minn.)
    *Silicone Breast Implant Litigation*, MDL 926 (N.D Ala.)
    *Serzone Products Liability Litigation*, MDL 1477 (S.D. Va.)

Antitrust Cases:
    *Airlines Transportation Antitrust Litigation*, MDL No. 869 (N.D. Ga.)
    *Augmentin Antitrust Litigation,* C.A. No. 04-CV-23 (E.D. Va.)
    *Carbon Dioxide Antitrust Litigation*, MDL No. 940 (M.D. Fla.)
    *Catfish Antitrust Litigation*, MDL No. 928 (N.D. Miss.)
    *Chlorine and Caustic Soda Antitrust Litigation*, Master File No. 86-5428 (E.D. Pa.)
    *Corn Derivatives Antitrust Litigation,* MDL No. 414 (D.N.J.)
    *Glassine & Greaseproof Paper Antitrust Litigation*, No. 80-891 (E.D. Pa.)
    *Nifedipine Antitrust Litigation*, MDL No. 1515 (D.D.C.)
    *Ovcon Antitrust Litigation (SAJ Distributors, Inc., et al. v. Warner Chilcott Holdings Company III, Ltd., et al.*, Civil Action No. 1:05cv02459 (D. District of Columbia))
    *Oxycontin Antitrust Litigation*, MDL No. 1603 (S.D.N.Y.)
    *Paxil Antitrust Litigation (Nichols, et al. v. SmithKline Beecham Corp.),* Civil Action No. 00-6222 (E.D. Pa.)
    *Steel Drums Antitrust Litigation*, MDL No. 887 (S.D. Ohio)
    *Steel Pails Antitrust Litigation*, Master File No. C-1-92-213 (S.D. Ohio)
    *Waste Haulers Antitrust Litigation*, Master File No. 87-3717 (E.D. Pa.)
    *Wellbutrin SR Antitrust Litigation,* (*SAJ Distributors, Inc., et al v. Smithkline Beecham Corp.*, Civil Action No. 04-5525 (E.D.Pa.))

Consumer and Other Cases:
    *Beechnut Consumer Litigation*, Master File No. 86-6608 (E.D. Pa.)
    *Bridgestone/Firestone Wilderness Tires Product Liability Litigation*, MDL No. 1373 (S.D. Ind.)
    *Castano Tobacco Litigation*, Civil Action No. 94-1044 (E.D. La.)
    *Chrysler Motors Corporation Overnight Evaluation Program Litigation*, MDL 740 (E.D. Mo.)
    *Chrysler II Litigation*, Master File No. 92-424-JPG (S.D. Ill.)
    *Hertz Car Rental Litigation*, Civil Action No. 88-0661 (E.D. Pa.)
    *SmithKline Beecham Securities Litigation*, April Term, 1989, No. 2562 (Court of Common Pleas of Philadelphia Co.)