UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: AVANDIA MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL: 1871

HONORABLE CYNTHIA M. RUFE

APPLICATION FOR APPOINTMENT
TO THE PLAINTIFF'S STEERING COMMITTEE

Please consider this my Application to the Plaintiff's Steering Committee. In support thereof, I am well-versed in mass tort litigation, have the willingness and availability to commit to this project, and the ability to work cooperatively.

PROFESSIONAL EXPERIENCE

I was admitted to practice law in New York State in 1977, and I have been a trial lawyer for thirty years representing clients in a myriad of cases ranging from mass torts, employment discrimination, and complex product liability (including the drug DES) to medical malpractice, civil rights, and personal injury. I am a past President of the New York State Trial Lawyers Association and a member of the Leaders Forum and Board of Governors of the American Association for Justice. I have lectured extensively for NYSTLA, NITA, AAJ and other programs around the country. I have been profiled in New York Magazine as one of New York's leading trial lawyers and have been listed in Best Lawyers in America since 1997. I am the founding partner of Morelli Ratner PC in New York and admitted to practice in the United States District Courts for the Southern, Eastern, Western and Northern Districts of New York. Additionally, I am admitted to practice before the Supreme Court of the United States of America. I am a member of the New York State and American Bar Associations and was elected to the rank of Advocate

in the American Board of Trial Advocates. I am a member of the Board of Directors of the New York State Trial Lawyers Association and sit on its Executive Board.

I have participated in several mass tort pharmaceutical litigations in various state and federal courts across the country. I started in mass tort litigation with DES in the mid 1980's serving on the PSC and tried one of the few cases against Eli Lilly. We currently represent clients in the following MDL cases:

| | |
|---|---|
| IN RE: Fosamax Product Liability Litigation | MDL 1789 |
| IN RE: Otrtho Evra Product Liability Litigation | MDL 1742 |
| IN RE: ReNu with MoistureLoc Products Liability Litigation | MDL 1785 |
| IN RE: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL 1699 |

We have also assumed a leadership position in the New York Bextra/Celebrex consolidated litigation. I was co-trial counsel in the first Vioxx trial, Carol A. Ernst v. Merck & Co., Inc. (No.14-06-00835-CV) in Houston, Texas and the a member of the trial team in the Vioxx trial, Cona, McDarby v. Merck & Co., Inc. (No. ATL-L-3553-05-MT, No. ATL-L-1296-05-MT) in Atlantic City, New Jersey.

I have demonstrated my ability to work cooperatively in the above litigations and presently have the time, financial resources and energy to devote to this project. Wherefore, I pray to this Honorable Court for consideration of my application to serve on the PSC in the above-captioned matter.

RESPECTFULLY SUBMITTED,

BY: _____
Benedict P. Morelli, Esq.
Morelli Ratner PC
950 Third Avenue, 11th Floor
New York, NY 10022
Tel: (212) 751-9800
BMorelli@morellilaw.com

APPLICATION FOR APPOINTMENT
TO THE PLAINTIFF'S STEERING COMMITTEE

Now into court comes Benedict P. Morelli who filed the attached application for appointment to the Plaintiff's Steering Committee.

Respectfully Submitted,

BY: _____
Benedict P. Morelli, Esq.
Morelli Ratner PC
950 Third Avenue, 11th Floor
New York, NY 10022
Tel: (212) 751-9800
Fax: (212) 751-0046
BMorelli@morellilaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served via U.S. Mail upon counsel for all parties this 5th day of March, 2008.

_____
Benedict P. Morelli