IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 1871 |
| THIS DOCUMENT RELATES TO: *Sharon Ann Dabon v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline* | Case No. 2:07-cv-04550-CMR |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Sharon Ann Dabon ("plaintiff"), and defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"), agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims asserted by plaintiff against GSK are dismissed with prejudice. The parties will bear their own costs and counsel fees.

_____
Matthew B. Moreland
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

Attorney for Plaintiff

Dated: 2/26, 2009

Dated: 2/27, 2009
Philadelphia, Pennsylvania

/s/ Anthony C.H. Vale
Nina M. Gussack
Anthony C.H. Vale
Alice Marshall
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Attorneys for Defendant SmithKline Beecham
Corporation d/b/a GlaxoSmithKline

Dated: February 12, 2009

SO ORDERED

_____
Hon. Cynthia M. Rufe
United States District Judge