IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : : : |

MDL No. 1871
07-md-01871-CMR

## ORDER

AND NOW, this _____ day of _____, 2009, upon consideration of the Special Discovery Master's Fifth Report and Recommendation and any timely motions challenging the Report and Recommendation and any responses thereto, the Court enters the following Order:

1. Pursuant to Pretrial Order No. 38, depositions of plaintiffs will take place in the district in which each plaintiff resides.

2. Plaintiffs' request to compel the production of GSK's entire OCEANS database of adverse drug events is denied.

It is so ORDERED.

BY THE COURT:

_____
HONORABLE CYNTHIA M. RUFE