IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : <br> : <br> : MDL No. 1871 <br> : 07-md-01871-CMR <br> : |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : <br> : <br> : <br> : |

**SIXTH REPORT AND RECOMMENDATION OF
THE SPECIAL DISCOVERY MASTER AS TO
GSK'S CASE-SPECIFIC PROFILE PRODUCTION**

Pretrial Order No. 28 sets forth the procedures regarding discovery disputes and directs the parties first to present discovery disputes to the Special Discovery Master for informal mediation efforts. Over the past few months, the parties have met and conferred in an attempt to agree on the procedures governing GSK's production of Case-Specific Profiles. At a conference held with the Special Discovery Master on May 22, 2009, the parties resolved their final disputes over the Profiles. As a result, the Special Discovery Master recommends adoption of the Case-Specific Profile Production protocol agreed on by the parties and set forth in the proposed Pretrial Order attached hereto as Exhibit A.

Dated: May 27, 2009        /s/ Jerome J. Shestack
                           Jerome J. Shestack, Special Discovery Master

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871<br>07-md-01871-CMR |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## CERTIFICATE OF SERVICE

I, Bruce P. Merenstein, hereby certify that on May 27, 2009, I caused to be electronically filed the foregoing **Sixth Report and Recommendation of the Special Discovery Master As to GSK's Case-Specific Profile Production**. Through the Court's ECF system, this document is available for viewing and downloading.

/s/ Bruce P. Merenstein
Bruce P. Merenstein