UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, § | | |
| SALES PRACTICES AND PRODUCTS § | | MDL 1871 |
| LIABILITY LITIGATION § | | 2:07-md-01871-CMR |
| § | | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO § | | |
| ALL ACTIONS § | | |

**PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR AN ORDER ESTABLISHING A PLAINTIFFS' LITIGATION EXPENSE FUND TO COMPENSATE AND REIMBURSE ATTORNEYS FOR MDL ADMINISTRATION AND COMMON BENEFIT WORK**

Plaintiffs, by and through the Plaintiffs' Steering Committee (the "PSC") and Plaintiffs' Liaison Counsel, hereby submit the following Motion and Memorandum of Law in Support of an Order Establishing Plaintiffs' Litigation Expense Fund to Compensate and Reimburse Attorneys for MDL Administration and Common Benefit Work.

**Plaintiffs' Steering Committee**

**By:** /s _____

Vance Andrus, Esq.
Andrus-Boudreaux, PLC
1775 Sherman Street, 31st Floor
Denver, Colorado 80203
(303) 376-6360

**CERTIFICATE OF SERVICE**

     I, Stephen A. Corr, Esquire, hereby certify that on the 8th day of June, 2009 I electronically filed the foregoing Motion for an Order Establishing A Plaintiffs' Litigation Expense Fund to Compensate and Reimburse Attorneys for MDL Administration and Common Benefit Work, the accompanying Memorandum of Law in support of the Motion and a Proposed Pre-Trial Order with the Clerk of Court using the CM/ECF system and that electronic notice and service will be completed through the ECF system.  In addition, I have emailed a copy to Defendants' Liaison Counsel.

                              By:    s/  
                                        Stephen A. Corr, Esquire  
                                        Mellon, Webster & Shelly  
                                        87 N. Broad Street  
                                        Doylestown, PA  18901  
                                        (215) 348-7700  
                                        scorr@mellonwebster.com