## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| **IN RE: AVANDIA MARKETING, SALES** | : | **MDL NO. 1871** |
| **PRACTICES AND PRODUCTS** | : | **07-md-1871** |
| **LIABILITY LITIGATION** | : | |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | |
| *William B. Brown v. SmithKline Beecham* | : | **2:09-cv-00809** |
| *Corp. d/b/a GlaxoSmithKline* | : | |
| | : | |
| *Cornelio Martinez, et al. v. SmithKline Beecham* | : | **2:08-cv-05847** |
| *Corp. d/b/a GlaxoSmithKline, et al.* | : | |
| | : | |

### ORDER

     **AND NOW**, this 17th day of June, 2009, upon consideration of the Motions to Remand filed in the above-captioned individual actions, and all briefs and argument submitted in support thereof or in opposition thereto, and in accordance with the attached Memorandum, it is hereby **ORDERED** as follows:

     1.  The Motion to Remand in <u>Brown</u> (case number 2:09-cv-00809) [MDL Master Docket Doc. No. 331] is **DENIED**;

     2.  The Motion to Remand in <u>Martinez</u> (case number 2:08-cv-05847) [MDL Master Docket Doc. No. 305] is **GRANTED** and the action is **REMANDED** to the First Judicial District Court for the State of New Mexico, Rio Arriba County.

     It is so **ORDERED.**

                       **BY THE COURT:**

                       /s/ Cynthia M. Rufe

                       _____

                       **CYNTHIA M. RUFE, J.**