UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, | § | |
| SALES PRACTICES AND PRODUCTS | § | MDL 1871 |
| LIABILITY LITIGATION | § | 2:07-md-01871-CMR |
| | § | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO | § | |
| ALL ACTIONS | § | |

### PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR AN ORDER ESTABLISHING AN AVANDIA COMMON BENEFIT FUND TO COMPENSATE AND REIMBURSE ATTORNEYS FOR MDL ADMINISTRATION AND COMMON BENEFIT WORK

Plaintiffs, by and through the Plaintiffs' Steering Committee (the "PSC") and Plaintiffs' Liaison Counsel, hereby submit the following Motion and Memorandum of Law in Support of an Order Establishing an Avandia Common Benefit Fund to Compensate and Reimburse Attorneys for MDL Administration and Common Benefit Work.

**Plaintiffs' Steering Committee**

**By:** s/_____

Vance Andrus, Esq.
Andrus-Boudreaux, PLC
1999 Broadway, Ste. 4150
Denver, Colorado 80202
(303) 376-6360

**Plaintiffs' Liaison Counsel**
Thomas E. Mellon, Jr., Esq.
Stephen A. Corr, Esq.
Mellon, Webster & Shelly
87 N. Broad Street
Doylestown, PA 18901
(215) 348-7700

339245

## CERTIFICATE OF SERVICE

I, Stephen A. Corr, Esquire, hereby certify that on the 21st day of July, 2009 I electronically filed the foregoing Motion for an Order Establishing an Avandia Common Benefit Fund to Compensate and Reimburse Attorneys for MDL Administration and Common Benefit Work, the accompanying Memorandum of Law in support of the Motion and a Proposed Pre-Trial Order with the Clerk of Court using the CM/ECF system and that electronic notice and service will be completed through the ECF system. In addition, I have emailed a copy to Defendants' Liaison Counsel.

By: s/_____

Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 N. Broad Street
Doylestown, PA 18901
(215) 348-7700
scorr@mellonwebster.com