UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, | § | |
| SALES PRACTICES AND PRODUCTS | § | MDL 1871 |
| LIABILITY LITIGATION | § | 2:07-md-01871-CMR |
| | § | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO | § | |
| ALL ACTIONS | § | |

**PLAINTIFFS' STEERING COMMITTEE'S AMENDED MOTION FOR AN ORDER ESTABLISHING AN AVANDIA COMMON BENEFIT FUND TO COMPENSATE AND REIMBURSE ATTORNEYS FOR MDL ADMINISTRATION AND COMMON BENEFIT WORK**

Plaintiffs, by and through the Plaintiffs' Steering Committee (the "PSC") and Plaintiffs' Liaison Counsel, hereby submit the following Motion for an Order Establishing an Avandia Common Benefit Fund to Compensate and Reimburse Attorneys for MDL Administration and Common Benefit Work.

On July 21, 2009, the PSC filed its previous Motion and Memorandum in Support of Establishing an Avandia Common Benefit Fund. At that time, Defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") objected to the PSC's Motion. With this Motion, the PSC is pleased to inform the Court that the PSC and GSK have subsequently arrived at an amicable resolution. GSK withdraws any previous objections to the Proposed Order. Accordingly, the PSC hereby submits the parties' agreed-upon Proposed Order, attached hereto as Exhibit 1.

346591

**DATED:** August 12, 2009

**Plaintiffs' Steering Committee**

**By:** s/_____

Vance Andrus, Esq.
Andrus-Boudreaux, PLC
1999 Broadway, Ste. 4150
Denver, Colorado 80202
(303) 376-6360

**CERTIFICATE OF SERVICE**

I, Stephen A. Corr, Esquire, hereby certify that on the 12th day of August, 2009 I electronically filed the foregoing Motion for an Order Establishing an Avandia Common Benefit Fund to Compensate and Reimburse Attorneys for MDL Administration and Common Benefit Work and a Proposed Pre-Trial Order with the Clerk of Court using the CM/ECF system and that electronic notice and service will be completed through the ECF system. In addition, I have emailed a copy to Defendants' Liaison Counsel.

By: s/_____

Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 N. Broad Street
Doylestown, PA 18901
(215) 348-7700
scorr@mellonwebster.com