UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, § | | |
| SALES PRACTICES AND PRODUCTS § | | MDL 1871 |
| LIABILITY LITIGATION § | | 2:07-md-01871-CMR |
| § | | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO § | | |
| ALL ACTIONS § | | |

MOTION TO APPROVE REVISED ORDER
ESTABLISHING AN AVANDIA COMMON BENEFIT FUND
TO COMPENSATE AND REIMBURSE ATTORNEYS FOR MDL
<u>ADMINISTRATION AND COMMON BENEFIT WORK</u>

Plaintiffs, by and through the Plaintiffs' Steering Committee (the "PSC") and Plaintiffs' Liaison Counsel, hereby submit the following Motion to Approve a Revised Order Establishing an Avandia Common Benefit Fund to Compensate and Reimburse Attorneys for MDL Administration and Common Benefit Work.

On July 21, 2009, the PSC filed its previous Motion and Memorandum in Support of Establishing an Avandia Common Benefit Fund (Docket Document # 468).  On August 12, 2009, the PSC, without objection from GSK, filed an Amended Motion for an Order Establishing an Avandia Common Benefit Fund to Compensate and Reimburse Attorneys for MDL Administration and Common Benefit Work (Docket Document # 490).

With this Motion, the PSC requests approval of a revised Proposed Order which is identical in all respects to the proposed Order attached to Docket Document # 490 with the following minor change: the words "but not limited to" have been added to paragraph 5.c.iii.1.b. on page 13 of the proposed Order.  Accordingly, the PSC hereby submits for approval the revised agreed-upon Proposed Order, attached hereto as Exhibit 1.

346591

**DATED:** August 21, 2009

**Plaintiffs' Liaison Counsel**

By: s/_____

Thomas E. Mellon, Jr., Esquire
Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 N. Broad Street
Doylestown, PA  18901
(215) 348-7700
tmellon@mellonwebster.com
scorr@mellonwebster.com

**Plaintiffs' Steering Committee**

**By:** s/_____

Vance Andrus, Esq.
Andrus-Boudreaux, PLC
1999 Broadway, Ste. 4150
Denver, Colorado 80202
(303) 376-6360

346591                                2

**CERTIFICATE OF SERVICE**

I, Stephen A. Corr, Esquire, hereby certify that on the 21st day of August, 2009 I electronically filed the foregoing Motion to Approve Revised Order Establishing an Avandia Common Benefit Fund to Compensate and Reimburse Attorneys for MDL Administration and Common Benefit Work and the revised proposed Pre-Trial Order with the Clerk of Court using the CM/ECF system and that electronic notice and service will be completed through the ECF system. In addition, I have emailed a copy to Defendants' Liaison Counsel.

By: s/_____

Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 N. Broad Street
Doylestown, PA 18901
(215) 348-7700
scorr@mellonwebster.com