LAW OFFICES

# WAGSTAFF & CARTMELL LLP

THOMAS W. WAGSTAFF
THOMAS P. CARTMELL
MARC K. ERICKSON
JONATHAN P. KIEFFER
THOMAS L. WAGSTAFF**
ERIC D. BARTON†††
BRIAN J. MADDEN
JEFFREY M. KUNTZ

JOHN P. O'CONNOR†
P.J. O'CONNOR†

4740 GRAND AVENUE - SUITE 300
KANSAS CITY, MISSOURI 64112

(816) 701-1100
FAX (816) 531-2372

ADMITTED IN MISSOURI AND KANSAS
*ADMITTED IN KANSAS
**ADMITTED IN MISSOURI, KANSAS AND ARKANSAS
***ADMITTED IN MISSOURI, KANSAS AND COLORADO
****ADMITTED IN MISSOURI, KANSAS AND THE DISTRICT OF COLUMBIA
††ADMITTED IN MISSOURI, KANSAS AND ILLINOIS
†††ADMITTED IN MISSOURI, KANSAS AND UTAH
† OF COUNSEL

THOMAS J. PREUSS
TYLER W. HUDSON****†
DIANE K. WATKINS***
BRANDON D. HENRY
SARAH B. RUANE
CHRISTOPHER L. SCHNIEDERS††
VANESSA R. HARRIS

GARY D. JUSTIS†
SCOTT M. CROCKETT†
PHILLIP P. ASHLEY*†

August 28, 2009

*Via Facsimile and Federal Express*

The Honorable Cynthia M. Rufe
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Suite 12614
Philadelphia, PA 19106-1797

RE: **Avandia MDL 1871 – Appointment of Thomas P. Cartmell to Membership on the Plaintiffs' Steering Committee**

Dear Judge Rufe:

    I write to respectfully request your consideration for appointment to the Plaintiffs' Steering Committee ("PSC"). I believe that I will be a valuable addition to the PSC and I assure you that if I am given the opportunity, I will continue to work hard on behalf of all plaintiffs in this litigation. I truly believe that I can bring valuable experience and knowledge to the PSC based on my participation in other multidistrict litigation cases. I respectfully refer Your Honor to my Application for Appointment to the Plaintiffs' Steering Committee, previously filed as Document 74 of the Master Avandia Docket in this matter, for a summary of my experience in pharmaceutical related matters.

    In this case, I have worked closely with the PSC since the inception of the litigation. Some of my contributions to the work for the common benefit include:

- I have served as the co-chair of the Science Committee and, in that capacity, served as the organizer and leader of several subcommittees involved in the development of the science aspects of this case.

- I have been responsible for retaining expert witnesses in multiple specialties.

LAW OFFICES
## WAGSTAFF & CARTMELL LLP

The Honorable Cynthia M. Rufe
August 28, 2009
Page 2

- My firm has been involved with the preparation for several depositions completed to date, including the review of thousands of documents from custodial files and creating outlines for use at depositions. I have devoted five members of my firm to this task.

- I am a deposition "team leader" and am scheduled to participate in have already participated in several upcoming depositions.

- I have organized and planned multiple meetings and presentations for leadership related to the science issues in this case and have attended all leadership meetings and presentations as a member of the leadership team.

I pride myself on committing a great deal of time and energy to any litigation in which I am involved. My hope is that this commitment is apparent from my actions related to this case. If Your Honor provides me with the opportunity to serve as a member of the PSC, you have my guarantee that I will continue to devote myself and my firm to the quality representation the plaintiffs in this litigation have received from the PSC thus far. Thank you very much for your consideration.

Please let me know if you need any additional information or have any questions regarding any of this.

Best regards.

Very Truly Yours,

*[signature]*

Thomas P. Cartmell

TPC/mg