IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 1871<br>07-md-01871-CMR<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : : | |

**PRETRIAL ORDER NO. \_\_\_\_**

AND NOW, this _____ day of _____, 2009, pursuant to the joint submission of the parties, and after due consideration by this Court, it is hereby **ORDERED** as follows:

**SCHEDULING DEADLINES FOR INITIAL TRIAL POOL CASES**

The deadlines proposed by the parties in their Joint Report No. 7 (Doc. No. 520), and set forth below, shall apply to the following two cases selected for trial by the parties: Burford v. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), 2:07-CV-05360-CMR, and Arroyo v. GSK, 2:08-CV-00905-CMR.

| | |
|---|---|
| Case-Specific Discovery Completed: | December 23, 2009 |
| Plaintiffs' Expert Reports Due: | January 8, 2010 |
| Defendant's Expert Reports Due: | March 2, 2010 |
| Expert Depositions Completed: | April 15, 2010 |
| *Daubert* Motions Due: | April 15, 2010 |
| Summary Judgment Motions Due: | April 15, 2010 |

The deadlines for the remaining cases in the Initial Trial Pool will be as follows:

A.   Miller v. GSK, 2:08-CV-00912-CMR, and Arezzi v. GSK, 2:08-CV-00893-CMR.

    1.   Case-Specific Discovery:  All case-specific discovery relating to the individual claims of the above-named plaintiffs shall be completed on or before January 25, 2010.

    2.   Expert Reports and Discovery:

        (a)   Plaintiffs' expert reports will be due no later than February 25, 2010.

        (b)   Defendant's expert reports will be due no later than April 16, 2010.

        (c)   All expert depositions shall be completed no later than June 16, 2010.

        (d)   It is further anticipated that *Daubert* motions shall be due no later than June 16, 2010.

    3.   Summary Judgment Motions:  It is anticipated that summary judgment motions will be due no later than June 30, 2010.

B.   Maneri v. GSK, 2:08-CV-00919-CMR, and Gillespie v. GSK, 2:08-CV-00891-CMR.

    1.   Case-Specific Discovery:  All case-specific discovery relating to the individual claims of the above-named plaintiffs shall be completed on or before March 25, 2010.

    2.   Expert Reports and Discovery:

        (a)   Plaintiffs' expert reports will be due no later than April 26, 2010.

        (b)   Defendant's expert reports will be due no later than June 15, 2010.

        (c)   All expert depositions shall be completed no later than August 16, 2010.

        (d)   It is further anticipated that *Daubert* motions shall be due no later than August 16, 2010.

    3.   Summary Judgment Motions:  It is anticipated that summary judgment motions will be due no later than August 30, 2010.

-3-

For those cases not discussed herein, the parties are relieved from the deadlines set forth in Pretrial Order No. 23. A further Order will follow when appropriate to set applicable deadlines.

It is so **ORDERED**.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**