IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 1871 07-md-01871 |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : : : : | |

## PRETRIAL ORDER NO. 84

**AND NOW,** on this 7th day of December, 2009, upon consideration of the Eighth Report and Recommendation of the Special Master (R & R #8) [Doc. No. 525], Defendant Glaxo Smith Kline's Motion Appealing R & R #8 [Doc. No. 532], Plaintiff's Reponse, and Defendant's Reply, and pursuant to this Court's power pursuant to 28 U.S.C. §636(b)(1)(C) to make a *de novo* determination of proposed recommendations to which objections are made, it is hereby **ORDERED** that Defendant's Motion is **GRANTED IN PART and DENIED IN PART**. It is GRANTED in that certain information in the reviewed documents may be redacted before production to Plaintiffs. It is DENIED in that the remainder of the documents must be produced without redaction. Specifically:

Documents #1, 2 , 3, 4, 5, 7, 8, 12, 13, 14, 15, 17, 28, 19, 20, 21, 22, 23, and 24 shall be produced to the Plaintiffs' Steering Committee without redaction.

Document #6 shall be produced to the Plaintiffs' Steering Committee. If any attachment contains confidential information or legal advice, that information may be redacted.

Document #9 shall be produced to the Plaintiffs' Steering Committee with confidential or legal advice (but not technical or editorial advice) provided by James Schell, Esq.,

if any, redacted.

The primary e-mail in Document #10 shall be produced to the Plaintiffs' Steering Committee with the earlier e-mail in the chain (from Eric Dube) redacted.

Document #11 shall be produced to the Plaintiffs' Steering Committee with counsel's comments on the attachment redacted.

Document #16 shall be produced to the Plaintiffs' Steering Committee. If the draft slide show contains confidential information or information which would reveal legal advice, that information may be redacted.

Document #25 shall be produced to the Plaintiffs' Steering Committee with confidential information or legal advice found in the attachments, if any, redacted.

It is so **ORDERED.**

        **BY THE COURT:**

        **/s/ Cynthia M. Rufe**

        _____
        **CYNTHIA M. RUFE, J.**