IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | : | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES | : | |
| PRACTICES AND PRODUCTS LIABILITY | : | MDL No. 1871 |
| LITIGATION | : | 07-md-01871-CMR |
| _____ | : | HON. CYNTHIA M. RUFE |
| | : | |
| THIS DOCUMENT RELATES TO ALL | : | |
| ACTIONS | : | |
| _____ | : | |

**PRETRIAL ORDER NO. ____**

AND NOW, this _____ day of _____, 2010, pursuant to the Report and Recommendation of the Special Master, and after due consideration by this Court, it is hereby **ORDERED** as follows:

**MODIFIED SCHEDULING DEADLINES FOR INITIAL TRIAL POOL CASES**

The deadlines proposed by the Special Master in the Twelfth Report and Recommendation and set forth below shall apply to the following case selected for trial by the parties: Burford v. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), 2:07-CV-05360-CMR.

| | |
|---|---|
| Plaintiffs' Expert Reports Due: | January 15, 2010 |
| Defendant's Expert Reports Due: | March 23, 2010 |
| Expert Depositions Completed: | April 29, 2010 |
| Daubert Motions Due: | April 29, 2010 |
| Summary Judgment Motions Due: | April 29, 2010 |

The deadlines for the next three cases in the Initial Trial Pool will be as follows:

A.  <u>Arezzi v. GSK</u>, 2:08-CV-00893-CMR.

   1.  <u>Expert Reports and Discovery</u>:

      (a)  Plaintiffs' expert reports will be due no later than January 22, 2010.

      (b)  Defendant's expert reports will be due no later than March 30, 2010.

      (c)  All expert depositions shall be completed no later than April 29, 2010.

      (d)  All *Daubert* motions shall be due no later than April 29, 2010.

   2.  <u>Summary Judgment Motions</u>:  Summary judgment motions will be due no later than April 29, 2010.

B.  <u>Miller v. GSK</u>, 2:08-CV-00912-CMR, and <u>Gillespie v. GSK</u>, 2:08-CV-00891-CMR.

   1.  <u>Expert Reports and Discovery</u>:

      (a)  Plaintiffs' expert reports will be due no later than March 13, 2010.

      (b)  Defendant's expert reports will be due no later than April 30, 2010.

      (c)  All expert depositions shall be completed no later than June 30, 2010.

      (d)  All *Daubert* motions shall be due no later than June 30, 2010.

   2.  <u>Summary Judgment Motions</u>:  Summary judgment motions will be due no later than July 13, 2010.

It is so **ORDERED**.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**