IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871<br>07-md-01871-CMR |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## ORDER

AND NOW, this _____ day of _____, 2010, upon consideration of the Special Discovery Master's Thirteenth Report and Recommendation and any timely motions challenging the Report and Recommendation and any responses thereto, the Court enters the following Order:

GSK's request that plaintiff in *Burford v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline*, No. 07-CV-5360-CMR, be ordered to provide medical records authorizations for Deborah and Michael Burford; an employment records authorization for Deborah Burford; and an educational records authorization for Michael Burford is **DENIED**.

It is so ORDERED.

BY THE COURT:

_____
HONORABLE CYNTHIA M. RUFE