IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES ) <br> PRACTICES AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) | MDL No. 1871 <br> 07-MD-01871-CMR |

## Application of Jack Meyerson and Debra O'Neill for Appointment to Plaintiff's Steering Committee

Jack Meyerson and Debra O'Neill of the Philadelphia law firm of Meyerson and O'Neill hereby applies for appointment to the revamped plaintiff's steering committee in the Avandia litigation.

Our firm has been actively involved in this litigation for the last 3 years, since August 2007. We currently represent injured parties in proceedings before this court and before the Philadelphia Court of Common Pleas as well. We have thoroughly screen our prospective cases before accepting. Specifically we currently represent 6 Avandia clients 4 of who died as a result of their use of Avandia. We have thoroughly and diligently prepared the case specific portions of each of these claims.

Most significantly, the plaintiff's steering committee selected one of our cases, the Estate of James Burford, Civil Action No. 07-5360 to serve as the plaintiff's first choice to be tried in October before this Court. With regard to this case, we have conducted and participated in all of the case specific discovery which has included numerous depositions of the surviving Burford family members, Mr. Buford's family doctor, the SKG sales representative who called on Dr. Spencer's office and the various case specific expert witnesses who will be appearing at trial. The testimony of plaintiff's testifying pathologist and cardiologist in several ways touches upon

issues similar to those that will be addressed by the generic experts.

Our two senior attorneys Jack Meyerson and Debra O'Neill are very experienced in Mass Tort/MDL Pharmaceutical litigation. In addition to Avandia cases we are presently involved in Accutane cases before the Superior Court in Atlantic City, New Jersey, and Yaz cases before Judge Moss in the Philadelphia Court of Common Pleas.

Our prior experience involved several very significant mass tort cases involving Ephedra products and the Ortho Evra patch. With regard to the Ortho Evra patch case, we recently concluded a very significant death case involving the death of a 32 year old woman who died from a bilateral pulmonary embolism caused by the Ortho Evra patch.

Finally, but not the least, both Jack Meyerson and Debra O'Neill are very experienced attorneys in the trial of complex civil cases. Jack Meyerson, formally an Assistant United States Attorney and a Special Trial Attorney for the Department of Justice started this firm in the mid 80's. He was joined by Debra O'Neill approximately 10 years ago. Meyerson and O'Neill have successfully worked as a team in complex litigation involving numerous pharmaceutical products. As indicated above, these products include the Ortho Evra patch, various dietary supplements containing Ephedra and Creatine, a death case involving Adderall and most recently Avandia, Accutane and Yaz.

Most importantly, we have been working for over the past year and one half closely with the Plaintiff's Steering Committee to develop the Burford case for trial. The Committee has obviously been pleased with and impressed with our work because we have conducted most of the case specific discovery and we will be full participants in the trial. Accordingly, the research we have done, and the learning curve that we have established make us fully qualified to join in the continued work of the Avandia Litigation Steering Committee without the need for additional

training and start up. A full overview of our firm's experience and successes can be found by going to our website www.meyersonlawfirm.com.

          Respectfully submitted,

          Meyerson & O'Neill

Jack Meyerson, Esquire
Meyerson and O'Neill
1700 Market Street
Suite 3025
Philadelphia, PA 19103
215-972-1376 (phone)
215-972-0277 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 29, 2010, the foregoing Application for Appointment to Plaintiff's Steering Committee was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record of the CM/ECF System, via United States First Class Mail.

_____
Jack Meyerson