# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| **IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 1871<br>07-MD-01871-CMR |

---

**THIS DOCUMENT RELATES TO**
Case No.: 2:10-CV-01637-CMR

COUNTY OF SANTA CLARA, etc. et al.,

      Plaintiff,

  vs.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,

      Defendant.

---

## ORDER

AND NOW, this ____ day of _____, 2010, after consideration of the Application of Paul R. Kiesel, Esq. of Kiesel Boucher & Larson LLP and John Boundas, Esq. of Williams-Kherkher for Appointment to Plaintiffs' Steering Committee and Designation as Lead Governmental Entity Counsel and any response thereto, it is HEREBY ORDERED that the Application is GRANTED.

                                            BY THE COURT:

                                            _____
                                            Hon. Cynthia M. Rufe, J.