**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: AVANDIA MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION : : : : : : THIS DOCUMENT APPLIES TO ALL ACTIONS : : : | MDL NO.:   1871 07-MD-01871-CMR |

**APPLICATION FOR APPOINTMENT OF
STEVEN R. MAHER TO PLAINTIFFS' STEERING COMMITTEE**

COMES NOW, Steven R. Maher of The Maher Law Firm, and for his Application for Appointment to the Plaintiffs' Steering Committee, states as follows:

1.  This application is submitted pursuant to this Court's Pre-Trial Order No. 103, inviting applications from attorneys for future appointments to the PSC.

2.  Steven R. Maher and his firm, The Maher Law Firm, are large stakeholders in this MDL, as they represent several hundred clients who have been injured or died as a result of their use of Avandia. As of the date of the filing of this Application, approximately 330 of these clients have filed suit and have their actions currently pending before this Court. Approximately ten clients have filed suit in the Philadelphia County Court of Common Pleas, including the client whose case is the very first Avandia case set for trial in that Court. It is anticipated that suits for most of the remainder of the firm's clients will be filed in this Court within the next few weeks.

3.  Mr. Maher has been asked by lead trial counsel and PSC members, Joseph Zonies and Thomas Cartmell to be part of the trial team for the first case set for trial before this Court on October 5, 2010 (*Burford v. GSK*).

4. Mr. Maher and his firm have been very actively involved in the discovery efforts on behalf of the PSC and are actively involved in the preparation of the trial package of the PSC. These efforts include, but are not limited to, depositions, document review, legal research and writing, developing litigation and trial plans and strategies. Mr. Maher anticipates that he and his firm will shoulder a large amount of the work required to address the upcoming *Daubert* challenges.

5. Steven R. Maher graduated from the University of Southern California Law Center in 1987, and has been a trial lawyer for over 22 years. He maintains a national practice and is admitted in eight states (California 1987; Florida 1991; Texas 2001; Arizona 2003; New York 2005; New Jersey 2005; Pennsylvania 2005; and New Mexico 2007) as well as being admitted to the Bar of the District of Columbia in 2005. He is also admitted in numerous Federal Courts (including this Court), and was appointed by the Chief Judge of the U.S. District Court for the Middle District of Florida to that Court's Advisory Committee on Local Rules (2007 - present).

6. The Maher Law Firm has been in existence for over 40 years; is based in Winter Park, Florida and also maintains a fully-staffed office and active practice in Philadelphia, Pennsylvania. The firm was one of 11 firms representing the State of Florida in its historical lawsuit against "Big Tobacco," for the recovery of Medicaid payments by the State for smoking-related illnesses, which resulted in a settlement of almost $11 billion during trial. Steven Maher's partner, Michael Maher was the Chairman of the Florida Trial Team and was also instrumental in the national negotiations between the Attorney Generals and Big Tobacco. He also served as the President of the Association of Trial Lawyers of America from 1989 to 1990.

7. The Maher Law Firm's practice consists of a general trial practice which focuses on cases involving products liability, complex litigation, class action litigation; commercial litigation,

patent infringement, professional liability and general negligence.

8. Steven Maher has acted as lead counsel in numerous cases which have resulted in multi-million dollar recoveries, including a $25,000,000 jury verdict in a patent infringement case in the U.S. District Court for the Middle District of Florida in 2006 (which was named as one of *Verdict Search's Top 100 Verdicts of 2006*); a $10,000,000 jury verdict in 2005 in what is believed to be one of the largest medical malpractice verdicts in the State of Florida involving the wrongful death of a child (Orange County, Florida); and, in March 2010, a $6,000,000 verdict from a Philadelphia jury in an elder abuse and neglect case which is believed to be the largest such verdict against a hospital and nursing home in the Commonwealth of Pennsylvania. Other cases in which Mr. Maher has tried involved products liability, asbestos exposure, medical malpractice, nursing home abuse and neglect, and general negligence.

9. Mr. Maher has extensive experience in complex litigation and leadership in the Federal Multidistrict Litigation arena. Some of his leadership appointments include:

> ***In Re Chocolate Confectionary Antitrust Litigation, MDL Docket No. 1935*** - Appointment by the U.S. District Court for the Middle District of Pennsylvania as Co-Lead Counsel on behalf of the Indirect Purchaser for Resale class in the price-fixing antitrust action currently pending against the chocolate industry.
>
> ***In Re Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation*, MDL Docket No. 1938** - Appointment by the U.S. District Court for the District of New Jersey to the Plaintiffs' Steering Committee in the Multidistrict Litigation involving the cholesterol-lowering drug Vytorin.
>
> ***In Re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, MDL Docket No. 2100** - Appointment by the U.S. District Court for the Southern District of Illinois to the Plaintiffs' Steering Committee in the Multidistrict Litigation involving the contraceptive drugs Yasmin and Yaz.

10. Mr. Maher is AV rated by Martindale-Hubbell and has been named as a "Super Lawyer" by *Florida Super Lawyers* magazine every year since 2007.

11. Steven R. Maher and The Maher Law Firm are willing and able to commit to the time-consuming process of pursuing this litigation to its conclusion; are able to work cooperatively with other counsel; have substantial experience in complex multiparty litigation against well-funded corporate defendants; and have the human and financial resources to advance this litigation in a timely manner.

Dated: July 15, 2010.

Respectfully submitted,

*/s/ Steven R. Maher*

_____
STEVEN R. MAHER
PA Bar No.: 201575
The Maher Law Firm, A Professional Association
1515 Market Street
Suite 810
Philadelphia, PA
Phone: (215) 207-0267
Fax: (215) 207-0271
Email: smaher@maherlawfirm.com

**CERTIFICATE OF SERVICE**

I, Steven R. Maher, Esquire, hereby certify that the attached document was filed through the court's CM/ECF system and that a copy of the attached document is being served upon all counsel of record through the ECF system.

*/s/ Steven R. Maher*

_____
STEVEN R. MAHER