IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT APPLIES TO ALL ACTIONS | MDL NO. 1871<br>07-MD-01871-CMR |

## APPLICATION FOR APPOINTMENT OF A. DANIEL WOSKA AND TARA TABATABAIE TO PLAINTIFFS' STEERING COMMITTEE

COME NOW, A. Daniel Woska and Tara Tabatabaie of A. Daniel Woska & Associates, P.C., make application to this Honorable Court pursuant to Pretrial Order No. 103 in this action for Appointment to the Plaintiffs' Steering Committee in the Avandia Litigation. In submitting this Application to the Court, Applicants have been actively involved in this MDL litigation from inception; Applicants have filed hundreds of cases in the state and federal MDL's; the Applicants have Avandia cases they plan to present for trial before this Court, and Tara Tabatabaie, who also has a Ph.D in chemistry, has worked on the Avandia Science Committee since 2007.

Applicants are all familiar with the manual for Multi-District Litigation and Procedure. Applicants currently serve on several class action Plaintiff Steering Committees. Applicant, A. Daniel Woska, has also presented arguments before the MDL panel and has been litigating since 1978 and is familiar with all aspects of presenting claims like these to juries and judges.

Applicants would also ask to be considered for appointment to the Trial Team Committee, to work with and assist the Plaintiffs' Steering Committee Trial Team in the completion of preparation and trial of the Avandia cases present set for trial.

Thus, Applicants respectfully request this Honorable Court to consider and appoint Applicants to a position on the Plaintiffs' Steering Committee for Avandia Litigation and also to be approved as a member of the Avandia Plaintiffs' Steering Committee Trial Team. Applicants will remain committed to this litigation and assure the Court that they will continue to work diligently tenaciously and tirelessly if appointed.

Respectfully submitted,

**A. DANIEL WOSKA & ASSOCIATES, P.C.**

/s/     A. Daniel Woska
A. Daniel Woska, OBA#9900
Tara T. Tabatabaie, OBA#21838
3037 N.W. 63rd Street, Suite 251
Oklahoma City, OK 73116
(405) 562-7771 Telephone
(405) 285-9350 Facsimile

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of July, 2010, the foregoing Application for Appointment to Plaintiff's Steering Committee was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of records of the CM/ECF System, via United States First Class Mail.

/s/     A. Daniel Woska
A. Daniel Woska