**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, | § | |
| SALES PRACTICES AND PRODUCTS | § | **MDL 1871** |
| LIABILITY LITIGATION | § | **2:07-md-01871-CMR** |
| | § | **HON. CYNTHIA M. RUFE** |
| THIS DOCUMENT RELATES TO ALL | § | |
| ACTIONS | § | |

**PRETRIAL ORDER NO. \_\_\_\_**
**MODIFIED SCHEDULING DEADLINES**

AND NOW, this \_\_\_\_\_ day of July 2010, in order to coordinate the scheduling deadlines

set forth in Pretrial Order Nos. 100 and 104 with the modified schedule for the *Daubert/Frye*

hearings set forth in Pretrial Order No. 105, which modified the *Daubert/Frye* hearing schedule

by one week, it is hereby ORDERED that the following deadlines shall apply except where

otherwise specifically set forth below:

| | |
|---|---|
| Deadline for supplementing expert reports | August 2, 2010 |
| Case-dispositive motions due | August 9, 2010 |
| *Daubert/Frye* motions due | August 9, 2010 |
| *Daubert/Frye* Responses due | August 23, 2010 |
| *Daubert/Frye* Replies due | September 7, 2010 |
| Joint *Daubert/Frye* hearings | September 20-22, 2010 |
| Initial trial pool will commence | October 5, 2010 |

Further pretrial deadlines will be set by separate Order.

Gregory A. Burkhart, M.D., M.S. is GSK's regulatory expert and Suzanne Parisian, M.D.

is one of plaintiffs' regulatory experts.  The depositions of these two witnesses will be completed

in August 2010.  The following schedule shall apply to *Daubert*/*Frye* briefing for Dr. Burkhart

and Dr. Parisian:

-2-

| | |
|---|---|
| *Daubert/Frye* motions due | August 27, 2010 |
| *Daubert/Frye* responses due | September 10, 2010 |
| *Daubert/Frye* replies due | September 17, 2010 |

On August 26, 2010, plaintiffs will make available for review by defense expert James R. Stone, M.D., Ph.D. the pathology slides described in the supplemental expert report of Judy Melinek, M.D., dated January 25, 2010.  The parties intend to complete the deposition of Dr. Stone on August 27, 2010.  The following schedule shall apply to *Daubert* briefing for Dr. Stone and Dr. Melinek only:

| | |
|---|---|
| *Daubert* Motions due | September 10, 2010 |
| *Daubert* Responses due | September 17, 2010 |

It is so **ORDERED.**

**BY THE COURT:**

_____

**CYNTHIA M. RUFE, J.**