# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIBILITY LITIGATION | MDL Docket No. 1871<br>07-MD-1871 |
| THIS DOCUMENT RELATES TO:<br><br>DIANA CAMPBELL,<br><br>Plaintiff,<br><br>-against-<br><br>SMITHKLINE BEECHAM CORP., D/B/A GLAXO SMITHKLINE.<br><br>Defendant. | **ORDER ESTABLISHING QUALIFIED SETTLEMENT FUND AND APPOINTING FUND ADMINISTRATOR AND TRUSTEE**<br><br>Case No. 2:09-cv-04464-CMR<br><br>JUDGE CYNTHIA M. RUFE |

Upon Stipulation (attached) between Defendant, GLAXOSMITHKLINE LLC, formerly known as SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK"), and Plaintiff, Diana Campbell, and similarly situated Avandia-related personal injury Plaintiffs in state or federal litigation and claimants who are represented by The Miller Firm, LLC ("Claimants"), and for good cause shown, this Court hereby Orders as follows:

1. The Miller Firm Avandia Settlement Fund (the "Fund") shall be established as a Qualified Settlement Fund within the meaning of Treasury Regulation Section 1.468B-1 and pursuant to this Court's subject matter jurisdiction under Treas. Reg. Section 1.468B-1(c)(1). All settlements reached by and between Claimants and GSK shall be paid into the Fund.

2. The Garretson Firm Resolution Group, Inc. is appointed as Fund Administrator and Trustee (the "Fund Administrator") pursuant to the terms, conditions, indemnification, and restrictions of the Stipulation to Establish Qualified Settlement Fund and Appoint Fund

Administrator and Trustee (the "Stipulation"), and the Fund Administrator is given the authority to conduct any and all activities necessary to administer the Fund.

3. The Fund shall be held at Sun Trust Bank, a financial institution doing business in Richmond, Virginia (the "Bank"), and said financial institution shall be responsible for any and all investment-related decisions. The Fund Administrator shall not authorize any distributions of income or principal from the Fund except pursuant to joint instruction to the Fund Administrator by GSK, or its counsel, and The Miller Firm, LLC ("MLF"). No other person or entity is permitted to authorize or make any withdrawals from the Fund.

4. The Fund, by and through the Fund Administrator, is authorized to enter into Fund Agreements with Claimants, including any entity asserting a claim of subrogation, which may permit periodic payments in a manner prescribed and approved by this Court.

5. The Fund, by and through the Fund Administrator, is authorized to effect qualified assignments of any resulting structured settlement liability within the meaning of Section 130(c) of the Internal Revenue Code to the qualified assignee.

6. The Fund Administrator is authorized to distribute attorneys' fees and litigation expenses to counsel, consistent with existing contingency fee contracts and including the use of settlements with periodic payments for the benefit and convenience of the Claimants.

7. The Fund Administrator is authorized, upon final distribution of all monies paid into the Fund, to take appropriate steps to wind down the Fund and thereafter the Fund Administrator is discharged from any further responsibility with respect to the Fund.

IT IS SO ORDERED.
SIGNED this 4th day of August, 2010.

Honorable Cynthia M. Rufe
United States District Judge