IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871 |
| THIS DOCUMENT RELATES TO: | Case No. |
| AVIVA ABRAMOVSKY, et. al, | 2:09-CV-03780-CMR |
| FERNANDO ARRUDA, et. al, | 08-CV-03378-CMR |
| ROY BALDERAZ, et. al, | 08-CV-02614-CMR |
| MARY BATTLE, et. al, | 08-CV-02610-CMR |
| KENNETH BEZOZO, et. al, | 08-CV-02611-CMR |
| DOUGLAS BLEVINS, et. al, | 08-CV-03258-CMR |
| JOYCE BORN, et. al, | 2:08-CV-04077-CMR |
| BARBARA BRAUTIGAM, et. al, | 10-CV-02130-CMR |
| BOBBY BROWN, et. al, | 2:07-CV-05450-CMR |
| CYNTHIA BRYANT, et. al, | 2:08-CV-05508-CMR |
| CHRISTOPHER CANDIA, et. al, | 2:09-CV-00326-CMR |
| SHEILA CLARK, et. al, | 08-CV-02612-CMR |
| ROBERT CLEMMONS, et. al, | 2:08-CV-03824-CMR |
| FRANK CURLEY, et. al, | 2:08-CV-02247-CMR |
| STEVE DENNIS, et. al, | 2:08-CV-00844-CMR |
| ROGER GOULD, et. al, | 2:08-CV-05316-CMR |
| CAROLYN GRACIA, et. al, | 08-CV-03466-CMR |
| CARL LAMPE, et. al, | 2:09-CV-00286-CMR |
| MARY LAWRENCE, et. al, | 2:09-CV-00378-CMR |
| ROSALINA LOPEZ, et. al, | 2:08-CV-00838-CMR |
| LARRY MCCUTCHEON, et. al, | 2:08-CV-02260-CMR |
| LISA MINKLEY, et. al, | 2:08-CV-03061-CMR |
| HUSSAIN MIRZA, et. al, | 2:08-CV-04373-CMR |
| KATHRYN NEIGE, et. al, | 2:08-CV-01573-CMR |

FILED

SEP 24 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| | |
|---|---|
| ROSLYN NOEL-DORCELY, et. al, | 2:08-CV-03826-CMR |
| TOMMIE NORTON, et. al, | 09-CV-03330-CMR |
| RONALD REESE, et. al, | 2:08-CV-00841-CMR |
| RONALD RICHTER, et. al, | 2:08-CV-05757-CMR |
| VINCENT ROGLIANO, et. al, | 2:08-CV-05049-CMR |
| ALVIN ROSS, et. al, | 2:07-CV-05107-CMR |
| GUY RUFFINS, et. al, | 2:09-CV-00287-CMR |
| BENNY SANTOS, et. al, | 2:08-CV-05733-CMR |
| JOSEPH SHELTON, et. al, | 2:07-CV-05451-CMR |
| VIVIAN SHIELDS, et. al, | 08-CV-02061-CMR |
| RITA SHIFFLETT, et. al, | 2:07-CV-05452-CMR |
| MIRANDA SHOEMAKER, et. al, | 2:08-CV-05638-CMR |
| HARVEY SILVERSTEIN, et. al, | 08-CV-02248-CMR |
| JAMES SIMS, et. al, | 2:08-CV-01079-CMR |
| MARGARET SIMS, et. al, | 2:08-CV-03707-CMR |
| SHERRILL SMITH, et. al, | 08-CV-02607-CMR |
| ODIS SPARKS, et. al, | 08-CV-03455-CMR |
| PATRICIA STUBBS, et. al, | 08-CV-03377-CMR |
| LISA THOMAS, et. al, | 2:07-CV-05445-CMR |
| BERTHA TOUCET, et. al, | 2:08-CV-02192-CMR |
| PAMELA TRAVIS, et. al, | 08-CV-02270-CMR |
| LUCINDA VAN HART, et. al, | 2:08-CV-04138-CMR |
| ROSE VASAPOLLO, et. al, | 2:08-CV-00837-CMR |
| MOISEY VASSERMAN, et. al, | 08-CV-05648-CMR |
| PAMELA WARD, et. al, | 2:08-CV-01576-CMR |
| LANA WILLIAMS, et. al, | 2:08-CV-03059-CMR |
| JOHN ZABEL, et. al | 2:08-CV-05035-CMR |

## STIPULATION AND ORDER TO PLACE IN ADMINISTRATIVE SUSPENSE

The undersigned counsel hereby stipulate that the above-captioned actions are subject to a Master Settlement Agreement between The Lanier Law Firm, PLLC and GlaxoSmithKline LLC, and that they may be placed in administrative suspense pending ultimate conclusion of settlement.

Dated: 9/22/10

Dated: 9/22/10

*Richard D. Meadow/aj*

W. Mark Lanier
Richard D. Meadow
THE LANIER LAW FIRM, PLLC
6810 FM 1960 Road West
Houston, TX 77069-3804
(713)659-5200

Attorneys for Plaintiffs

Nina M. Gussack
George A. Lehner
Kenneth H. Zucker
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Attorneys for Defendant GlaxoSmithKline LLC

SO ORDERED, the Clerk being directed to mark the above-captioned actions in administrative suspense:

Dated: Sept. 22, 2010

*Cynthia M. Rufe*
Hon. Cynthia M. Rufe
United States District Judge