IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871 |
|---|---|
| **THIS DOCUMENT RELATES TO:** | **Case No.** |
| MARY ABBOTT, et. al, | 2:08-CV-05317-CMR |
| FRANKA ADAMS, et. al, | 08-CV-04006-CMR |
| BARBARA BATES, et. al, | 09-CV-04465-CMR |
| JOSEPH BATISTE, et. al, | 08-CV-04044-CMR |
| LEODEE BEAVERS, et. al, | 08-CV-03964-CMR |
| DAVID JR. BEDDARD, et. al, | 2:08-CV-05735-CMR |
| HERBERT BLEVINS, et. al, | 08-CV-03981-CMR |
| RACHEL BLOCKER, et. al, | 08-CV-03989-CMR |
| CLAUDIA BOUTTE, et. al, | 08-CV-03975-CMR |
| OLEVIA BRIM, et. al, | 08-CV-03966-CMR |
| KATHRYN BROWN, et. al, | 2:08-CV-03543-CMR |
| JOHN BROWN, et. al, | 08-CV-03956-CMR |
| WILLIAM BROWN, et. al, | 09-CV-00809-CMR |
| TOMMY BUCK, et. al, | 08-CV-04042-CMR |
| BONNIE BURKEEN, et. al, | 08-CV-03971-CMR |
| GERALD CALLANDS, et. al, | 2:08-CV-05736-CMR |
| DIANA CAMPBELL, et. al, | 09-CV-04464-CMR |
| JAMES CARROLL, et. al, | 08-CV-04039-CMR |
| JAMES CATER, et. al, | 08-CV-04037-CMR |
| DORTHEA CHISHOLM, et. al, | 2:08-CV-05737-CMR |
| DAVID COMPTON, et. al, | 2:08-CV-03542-CMR |
| RICHARD CONTRERAS, et. al, | 08-CV-03986-CMR |
| ROBERT SR. COX, et. al, | 2:08-CV-04238-CMR |
| JUDITH CRIDER, et. al, | 08-CV-04003-CMR |

| | |
|---|---|
| DOUGLAS CZERWINSKI, et. al, | 08-CV-03985-CMR |
| CONNIE DEAN, et. al, | 08-CV-03992-CMR |
| JOY DONATO, et. al, | 08-CV-03995-CMR |
| LAVERNE DOUGLAS, et. al, | 08-CV-04034-CMR |
| WILLIAM DUMAS, et. al, | 08-CV-04040-CMR |
| HAROLD EDWARDS, et. al, | 2:08-CV-03539-CMR |
| LEONARD EVANS, et. al, | 08-CV-03970-CMR |
| THERESA FARRIS, et. al, | 2:08-CV-02181-CMR |
| GINGER FIELDS, et. al, | 08-CV-03958-CMR |
| RAYMOND FOLLANO, et. al, | 08-CV-04027-CMR |
| VAN FRANKLIN, et. al, | 08-CV-04035-CMR |
| WILLIAM FULTON, et. al, | 08-CV-04021-CMR |
| PATRICIA GARFUNKEL, et. al, | 08-CV-04051-CMR |
| LARRY GENTRY, et. al, | 08-CV-04022-CMR |
| JOHNNY GRIGSBY, et. al, | 08-CV-03955-CMR |
| VIRGINIA GUNTER, et. al, | 08-CV-04045-CMR |
| BETTY HALL, et. al, | 08-CV-04036-CMR |
| DONALD HAMLET, et. al, | 08-CV-04016-CMR |
| JUDY HARR, et. al, | 08-CV-04052-CMR |
| EARL HAUTHER, et. al, | 08-CV-04002-CMR |
| ROBERT JR. HAYES, et. al, | 08-CV-03991-CMR |
| ROBERT HENDERSON, et. al, | 08-CV-03987-CMR |
| LUCERY HENRY, et. al, | 08-CV-03979-CMR |
| CHARLES HILL, et. al, | 08-CV-04005-CMR |
| GRANVILLE HOLLON, et. al, | 08-CV-03976-CMR |
| MARIO INTERRANTE, et. al, | 2:08-CV-06004-CMR |
| JOSE IZQUIERDO, et. al, | 2:07-CV-04958-CMR |
| MARTHA JACKSON, et. al, | 08-CV-03665-CMR |
| THOMAS JONES, et. al, | 09-CV-04462-CMR |

| | |
|---|---|
| JANICE JOSEY, et. al, | 08-CV-04028-CMR |
| JERRY KELLUM, et. al, | 2:08-CV-01880-CMR |
| KAREN KETCHEY, et. al, | 08-CV-03963-CMR |
| JAMES KING, et. al, | 2:08-CV-03538-CMR |
| LORENA LAGRANGE, et. al, | 08-CV-03965-CMR |
| JULIA LARY, et. al, | 08-CV-04001-CMR |
| JUDY LAWS, et. al, | 08-CV-03982-CMR |
| JOYCE LEBLANC, et. al, | 08-CV-03959-CMR |
| CARLA LEDBETTER, et. al, | 08-CV-04041-CMR |
| VERNON LEE, et. al, | 08-CV-03990-CMR |
| CARMEN LICIAGA, et. al, | 2:09-CV-00391-CMR |
| PAULA LOCKLEAR, et. al, | 08-CV-04054-CMR |
| RUTH MALVEAUX, et. al, | 08-CV-03998-CMR |
| MARY MASSEY, et. al, | 2:08-CV-04981-CMR |
| THELMA MATOY, et. al, | 08-CV-04055-CMR |
| LLOYD MCCARROL, et. al, | 08-CV-04000-CMR |
| LOLA MCCLINTOCK, et. al, | 08-CV-04023-CMR |
| RUBY MCKEE, et. al, | 08-CV-03977-CMR |
| PHILLIS MCMULLEN, et. al, | 08-CV-04024-CMR |
| NECIE MEREDITH, et. al, | 08-CV-03961-CMR |
| MITZI MERRITT, et. al, | 08-CV-03957-CMR |
| JOAN MOORE, et. al, | 08-CV-03967-CMR |
| JESSE MOORE, et. al, | 08-CV-03968-CMR |
| NELLIE MORGAN, et. al, | 08-CV-03969-CMR |
| CHARLOTTE MOYER, et. al, | 08-CV-04018-CMR |
| RANDY NABERS, et. al, | 08-CV-03450-CMR |
| LINDA NAQUIN, et. al, | 08-CV-04014-CMR |
| JIM NIECE, et. al, | 08-CV-03974-CMR |
| MARY OHARA, et. al, | 08-CV-03997-CMR |

| | |
|---|---|
| GENEVIEVE PADDIO, et. al, | 08-CV-03973-CMR |
| KENNETH PAI, et. al, | 08-CV-04026-CMR |
| KATHY PARCHMAN, et. al, | 2:09-CV-00383-CMR |
| RAMON PAULSEN, et. al, | 08-CV-04025-CMR |
| KAREN PEREIRA, et. al, | 2:08-CV-03055-CMR |
| ROSENA PERKINS, et. al, | 2:08-CV-03544-CMR |
| WANDA PHILLIPS, et. al, | 2:09-CV-00385-CMR |
| BERNICE POORMAN, et. al, | 2:09-CV-00387-CMR |
| IRETHA PRUETT, et. al, | 08-CV-03984-CMR |
| CAROLYN PRUITT, et. al, | 2:08-CV-02183-CMR |
| LUCY RAMIREZ, et. al, | 2:09-CV-00389-CMR |
| SOMBRA ROBERSON, et. al, | 08-CV-04038-CMR |
| MARY ROE, et. al, | 08-CV-03972-CMR |
| JAMES ROSE, et. al, | 08-CV-03980-CMR |
| PATRICIA RUSSELL, et. al, | 08-CV-04004-CMR |
| SHIRLEY RUSSELL, et. al, | 2:09-CV-00390-CMR |
| MARK RUTHERFORD, et. al, | 08-CV-03962-CMR |
| MOSE ELLA SAIN, et. al, | 2:09-CV-00381-CMR |
| KEVIN SCHAEFFER, et. al, | 2:08-CV-06005-CMR |
| SHERMAN SEATON, et. al, | 08-CV-04047-CMR |
| DORIS SECORD, et. al, | 2:08-CV-03540-CMR |
| LINDA SHELTON, et. al, | 08-CV-03960-CMR |
| LEONARD SHULL, et. al, | 08-CV-04015-CMR |
| NOAH SIMMONS, et. al, | 08-CV-03996-CMR |
| CAROL SLACK, et. al, | 08-CV-03988-CMR |
| WALTER SNEDDON, et. al, | 08-CV-04031-CMR |
| KENNETH SPEARS, et. al, | 08-CV04010-CMR |
| PATRICIA STACY, et. al, | 08-CV-03994-CMR |
| VICTOR STEPHENS, et. al, | 08-CV-04129-CMR |

-5-

| | |
|---|---|
| ALLEN STEPNER, et. al, | 2:07-CV-05444-CMR |
| RONALD TABOR, et. al, | 08-CV-04033-CMR |
| BOBBY TACKER, et. al, | 08-CV-04009-CMR |
| VERA TAPP, et. al, | 08-CV-03993-CMR |
| THELMA TARLBERT, et. al, | 2:10-CV-00830-CMR |
| MARTHA TATE, et. al, | 08-CV-04011-CMR |
| PEGGY TAYLOR, et. al, | 08-CV-04008-CMR |
| LILLIAN THACKER, et. al, | 08-CV-04048-CMR |
| JANET THARPE, et. al, | 08-CV-04017-CMR |
| LASONJA THOMAS, et. al, | 08-CV-04050-CMR |
| ANNETTA THRASHER, et. al, | 08-CV-04046-CMR |
| MELISSA TISON, et. al, | 08-CV-04032-CRM |
| TERRY TOAL, et. al, | 08-CV-04053-CMR |
| HUBERT TOLLETT, et. al, | 08-CV-04049-CMR |
| COY VADEN, et. al, | 08-CV-04007-CMR |
| ALLEN WILLIAMS, et. al, | 2:08-CV-03545-CMR |
| PAUL JR WILLIAMS, et. al, | 08-CV-04056-CMR |
| MARJORIE WILLIAMS, et. al, | 08-CV-04057-CMR |
| HUGH WILSON, et. al, | 08-CV-04012-CMR |
| BERNADINE WOZNIAK, et. al, | 08-CV-03983-CMR |
| WILLIAM WRIGHT, et. al, | 08-CV-04020-CMR |
| DORIS WRIGHT, et. al, | 08-CV-04013-CMR |
| ADA YATES, et. al, | 08-CV-03978-CMR |
| EMMANUEL YORKE, et. al, | 08-CV-03999-CMR |
| LENA YOUNG, et. al, | 08-CV-04043-CMR |

## STIPULATION AND ORDER TO PLACE IN ADMINISTRATIVE SUSPENSE

The undersigned counsel hereby stipulate that the above-captioned actions are subject to a Master Settlement Agreement between The Miller Firm, LLC and GlaxoSmithKline LLC, and that they may be placed in administrative suspense pending ultimate conclusion of settlement.

Dated: 9/23/10                                                                 Dated: 9/23/10

_____                         _____
Michael J. Miller                                                               Nina M. Gussack
Kate Hamilton                                                                   George A. Lehner
THE MILLER FIRM, LLC                                               Kenneth H. Zucker
The Sherman Building                                                     PEPPER HAMILTON LLP
108 Railroad Avenue                                                        3000 Two Logan Square
Orange, VA 22960                                                            18th and Arch Streets
(800) 689-6959                                                                  Philadelphia, PA 19103-2799
                                                                                          (215) 981-4000

                                                                                          Attorneys for Defendant GlaxoSmithKline
Attorneys for Plaintiffs                                                  LLC


                                                                                          SO ORDERED, the Clerk being directed to
                                                                                          mark the above-captioned actions in
                                                                                          administrative suspense:

Dated: Sept. 27th, 2010                                                _____
                                                                                          Hon. Cynthia M. Rufe
                                                                                          United States District Judge

-6-