IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : MDL No. 1871 : 07-md-01871-CMR : |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : : |

_____

**ORDER**
_____

AND NOW, this _____ day of _____, 20___, upon consideration of the Special Discovery Master's Sixteenth Report and Recommendation and any timely motions challenging the Report and Recommendation and any responses thereto, the Court enters the following Order:

Within thirty (30) days of the date of this Order, each plaintiff and claimant who is subject to a tolling agreement shall serve upon defendant a signed certification from their counsel of record stating whether the plaintiff or claimant sought or received compensation through litigation (other than the Avandia litigation) for any cardiac-related injuries or any other injuries the plaintiff or claimant is alleging were caused by Avandia.

It is so ORDERED.

BY THE COURT:

_____
HONORABLE CYNTHIA M. RUFE