# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : AVANDIA MDL 1871<br>: 2007-MD-1871<br>:<br>: |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : HON. CYNTHIA M. RUFE<br>: |

## ORDER

**AND NOW,** on this 3rd day of January, 2011, upon consideration of GlaxoSmithKlines's Motions to Exclude the Testimony of Plaintiff Steering Committee Expert Witnesses Eliot A. Brinton, M.D. [Doc. No. 734], Nicholas P. Jewell, Ph.D. [Doc. No. 736] and Allan D. Sniderman, M.D. [Doc. No. 740], and for the reasons set forth in the attached memorandum opinion, it is hereby **ORDERED** that Defendant's Motions are **DENIED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**