IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871<br>07-md-01871 |
| This Document Relates To:<br><br>JOHN FRANKS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE LLC (GSK), AND JOHN DOES 1 through 3,<br><br>Defendants. | Civil Action No. 2:11-cv-00547-CMR |

## JOINT STIPULATION AND ORDER SETTING FORTH PLAINTIFF'S DEADLINE TO FILE AN AMENDED COMPLAINT AND EXTENDING DEFENDANT'S TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel for the respective parties to the above-captioned action, Plaintiff John Franks, Jr. and Defendant GlaxoSmithKline LLC ("GSK") (sued herein as SmithKline Beecham Corporation d/b/a GlaxoSmithKline LLC), that the Plaintiff in the above-captioned cases shall have thirty (30) days from the entry of this Order to file an Amended Complaint and that the time for Defendant to move, plead or otherwise respond to the Plaintiff's Amended Complaint be and hereby is extended until thirty (30) days following the service of said Amended Complaint.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned, counsel for the respective parties to the above-captioned action that Defendant GSK hereby waives any personal jurisdiction defense based on any defect in service of process or insufficient service of process and that Defendant's counsel agrees to accept service of Plaintiff's Amended Complaint *via* overnight mail.

Respectfully submitted,

By: /s/ Ellen Relkin

    Ellen Relkin, Esq.
    Kendra Y. Goldhirsch, Esq.
    WEITZ & LUXENBERG, P.C.
    *A New York Professional Corporation*
    200 Lake Drive East, Suite 205
    Cherry Hill, New Jersey 08002
    Telephone (856) 755-1115
    Facsimile (856) 755-1995
    Email: erelkin@weitzlux.com
           kgoldhirsch@weitzlux.com

*Attorneys for Plaintiff John Franks, Jr.*

Dated: Cherry Hill, NJ
       February 9, 2011

By: /s/ John F. Brenner

    John F. Brenner, Esq.
    Melissa A. Chuderewicz, Esq.
    PEPPER HAMILTON LLP
    *A Pennsylvania Limited Liability Partnership*
    301 Carnegie Center, Suite 400
    Princeton, NJ 08543-5276
    Telephone (609) 452-0808
    Email: brennerj@pepperlaw.com
           chuderem@pepperlaw.com

*Attorney for Defendant GlaxoSmithKline LLC*

Dated: Princeton, NJ
       February 9, 2011

Dated: 2-11, 2011

**SO ORDERED**

Hon. Cynthia M. Rufe
United States District Judge