**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871<br>07-md-01871-CMR |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**ORDER**

AND NOW, this _____ day of _____, 2011, upon consideration of the Special Discovery Master's Seventeenth Report and Recommendation and any timely motions challenging the Report and Recommendation and any responses thereto, it is hereby ORDERED that a second day of deposition is not allowed for Dr. Martin Freed or Mr. Peter Lammers.

It is so ORDERED.

BY THE COURT:

_____
HONORABLE CYNTHIA M. RUFE