IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTIONS LIABILITY LITIGATION | : MDL NO. 1871<br>: 07-MD-01871 |
| THIS DOCUMENT APPLIES TO: | : HON. CYNTHIA M. RUFE |
| EVERETT PETERSON | : CIVIL ACTION 09-2349 |
| v. | : |
| GLAXOSMITHKLINE, LLC | : |

## ORDER

AND NOW, this 22nd day of June 2011, upon review of Plaintiff's Motion to Amend/ Correct the Complaint [Doc. No. 4], and noting that the Complaint has not yet been served, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED.**

The Clerk of Court is **DIRECTED** to docket Exhibit 1[1] of Plaintiff's Motion as Plaintiff's First Amended Complaint.

BY THE COURT:

CYNTHIA M. RUFE, J.

---

[1] Docketed as Attachment #2