# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 1871 07-MD-01871 |
| THIS DOCUMENT APPLIES TO: | : : | HON. CYNTHIA M. RUFE |
| SHEILA SCHRANK *on behalf of herself and all others similarly situated* v. | : : : : : | CIVIL ACTION |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE | : : | NO. 07-4965 |

## ORDER

AND NOW, this 7th day of September 2011, upon consideration of Defendant's Motion to Dismiss and the responses and replies thereto, it is hereby ORDERED that the Motion is GRANTED for the reasons set forth in the accompanying Memorandum Opinion. The Amended Complaint is DISMISSED without prejudice; Plaintiff is granted leave to file an amended complaint within 20 days.

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J**.