IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 1871 07-MD-01871 |
| THIS DOCUMENT APPLIES TO: | : : | HON. CYNTHIA M. RUFE |
| JAMES ROLAND *on behalf of himself and all others similarly situated* v. SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE | : : : : : : : : | CIVIL ACTION NO. 07-5203 |
| PAUL DUMPSON *on behalf of himself and all others similarly situated* v. SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE | : : : : : : : : | CIVIL ACTION NO. 10-2476 |

**ORDER**

AND NOW, this 7th day of September 2011, upon consideration of Defendant's Motions to Dismiss and the responses and replies thereto, it is hereby ORDERED that the Motions are GRANTED for the reasons set forth in the accompanying Memorandum Opinion. The complaints are DISMISSED without prejudice; Plaintiffs are granted leave to file amended complaints within 20 days.

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J**.