IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 1871 07-md-01871 |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : : : : | |

## ORDER

**AND NOW**, this 7th day of September 2011, upon consideration of Defendant GlaxoSmithKline LLC's Omnibus Motion for Summary Judgment with Respect to Plaintiffs Who Developed Congestive Heart Failure and Used Avandia After February 2001 [doc. no. 912], the Plaintiffs' Steering Committee's Response in Opposition thereto [doc. no. 1313], and GlaxoSmithKline's Reply [doc. no. 1403], and after oral argument on June 21, 2011, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that GlaxoSmithKline's Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.