IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : AVANDIA MDL 1871<br>: 2007-MD-1871<br>:<br>:<br>: |
| THIS DOCUMENT RELATES TO<br>*County of Santa Clara v. GSK* | : Case No. 10-1637<br>:<br>: |

## ORDER

**AND NOW,** this 26th day of October 2011, upon review of Defendant's Motion to Dismiss [Doc. No. 8], Plaintiff's Response in Opposition [Doc. No. 13], and Defendant's Reply [Doc. No 16], and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED** as to the County of Santa Clara's claim on its own behalf, and **DENIED** as to its claim on behalf of the people of California.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**