IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871 |
|---|---|
| THIS DOCUMENT RELATES TO: | Case No. |
| CARLTON LEE ALLABACH, et al., | 2:11-CV-00492-CMR |
| VICKY BRAGALONE, et al., | 2:11-CV-02141-CMR |
| DONNA BREWER, et al., | 2:11-CV-02097-CMR |
| ALVIN BROWN, et al., | 2:11-CV-02092-CMR |
| JAMES BROWN, SR, et al., | 2:11-CV-02130-CMR |
| MARC DUNN, et al., | 2:11-CV-02168-CMR |
| DONALD ENDICOTT, et al., | 2:11-CV-02081-CMR |
| FRANK FALVO, et al., | 2:11-CV-02165-CMR |
| JERALD FERGUS, et al., | 2:11-CV-02090-CMR |
| IOLA FLORER, et al., | 2:11-CV-00783-CMR |
| DONALD FREZZA, et al., | 2:11-CV-02164-CMR |
| GENEVIEVE HOGG, et al., | 2:11-CV-02126-CMR |
| JOHN JOHNSON, et al., | 2:11-CV-02107-CMR |
| WILLIE JONES, SR, et al., | 2:11-CV-02121-CMR |
| THOMAS KENNEY, et al., | 2:11-CV-02176-CMR |
| MERLE KREIDER, et al., | 2:11-CV-02122-CMR |
| JOHN LEONARD, et al., | 2:11-CV-02110-CMR |
| RANDY LINSCHOTEN, et al., | 2:11-CV-02112-CMR |
| JERRY MARRONE, et al., | 2:11-CV-02180-CMR |

| | |
|---|---|
| BETTY ANN MARTINEZ, et al., | 2:11-CV-02185-CMR |
| KARLA MATTHEWS, et al., | 2:11-CV-02184-CMR |
| DANIEL THOMAS MCGOVERN, et al., | 2:11-CV-02114-CMR |
| DALE MILLER, et al., | 2:11-CV-02116-CMR |
| BETTY PETERSEN, et al., | 2:11-CV-02138-CMR |
| VERINEL COVINGTON STYERS, et al., | 2:11-CV-02158-CMR |
| LLOYD ARTHUR VITT, et al., | 2:11-CV-02208-CMR |
| HENRY WALKER, et al., | 2:11-CV-02201-CMR |
| KENNETH SHELBY WHITWORTH, et al., | 2:11-CV-02200-CMR |
| ROBERT WILLIAMS, et al., | 2:11-CV-02197-CMR |

## STIPULATION AND ORDER TO PLACE IN ADMINISTRATIVE SUSPENSE

The undersigned counsel hereby stipulate that the above-captioned actions are subject to a Master Settlement Agreement between The Whitehead Law Firm, LLC. and GlaxoSmithKline LLC, and that they may be placed in administrative suspense pending ultimate conclusion of settlement.

Dated:

_____
C. Mark Whitehead III, M.D.
THE WHITEHEAD LAW FIRM, LLC
P.O. Box 88107
Lafayette, LA 70598
(337) 740-6006
*Attorneys for Plaintiffs*

Dated: January 24th, 2012

Approved! Jan. 25th, 2012

Dated:

_____
Nina M. Gussack
George A. Lehner
Kenneth H. Zucker
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Attorneys for Defendant GlaxoSmithKline LLC*

SO ORDERED, the Clerk being directed to mark the above-captioned actions in administrative suspense:

_____
Hon. Cynthia M. Rufe
United States District Judge

-3-