IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 1871 07-MD-01871 |
| THIS DOCUMENT APPLIES TO: | : : | HON. CYNTHIA M. RUFE |
| MARK SHURTLEFF, ATTORNEY GENERAL OF THE STATE OF UTAH ex rel. THE STATE OF UTAH                    v. | : : : : : : | CIVIL ACTION |
| GLAXOSMITHKLINE, LLC, formerly SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE | : : : | NO.  11-2915 |

**ORDER**

**AND NOW**, this 4th day of April 2012, upon consideration of the plaintiff's Motion to Remand and the defendant's opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.  This Court lacking subject-matter jurisdiction, the action is **REMANDED** to the Third Judicial District Court of Salt Lake County, West Jordan Department, State of Utah, Civil No.100423795.

It is so **ORDERED**.

                                                                                    BY THE COURT:

                                                                                    /s/ Cynthia M.  Rufe

                                                                                    _____
                                                                                    **CYNTHIA M. RUFE, J.**