IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 1871 07-MD-01871 |
| THIS DOCUMENT APPLIES TO: | : : | HON. CYNTHIA M. RUFE |
| STATE OF LOUISIANA | : : | CIVIL ACTION |
| v. | : : | |
| GLAXOSMITHKLINE, LLC, formerly SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE; GLAXOSMITHKLINE, PLC | : : : : | NO. 11-3521 |

**ORDER**

**AND NOW**, this 4th day of April 2012, upon consideration of the plaintiff's Motion to Remand and the defendant's opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. This Court lacking subject-matter jurisdiction, the action is **REMANDED** to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, Number C5993553 Division D.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**