IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 1871 No. 07-md-01871-CMR |
| | : : | |
| THIS DOCUMENT RELATES TO: | : : | |
| COUNTY OF SANTA CLARA, Individually, and on behalf of the People of the State of California, | : : : | No. 10-cv-01637-CMR |
| Plaintiff, | : : | |
| v. | : : | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, a Pennsylvania Corporation; and DOES 1-100, Inclusive, | : : : : | |
| Defendants. | : : | |

**PRETRIAL ORDER NO. _____**

**AND NOW**, this \_\_\_\_ day of _____, 2012, upon consideration of the Special Master's Eighteenth Report and Recommendation and any timely motions challenging the Report and Recommendation and any responses thereto, the Court enters the following Order:

The Eighteenth Report and Recommendation of the Special Master is **ADOPTED** and GSK is **ORDERED** to produce all Avandia-related California call notes from 1999 until the time that GSK ceased promoting Avandia through the use of sales representatives.

**BY THE COURT:**

**HONORABLE CYNTHIA M. RUFE**