IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871 |
|---|---|
| **THIS DOCUMENT RELATES TO:** | Case No. |
| JAMES ANTONACCI, et. al, | 2:09-CV-02147-CMR |
| ANDRE APERGIS, et. al, | 2:10-CV-02025-CMR |
| KATHY ARNOLD, et. al, | 2:10-CV-04083-CMR |
| SHIRLEY BONN, et. al, | 2:11-CV-02734-CMR |
| WILLIAM CAMPBELL, et. al, | 2:10-CV-04081-CMR |
| DONNA DENTON, et. al, | 2:10-CV-07204-CMR |
| CHERYL GEBING, et. al, | 2:10-CV-04084-CMR |
| DONALD GILLUM, et. al, | 2:10-CV-04082-CMR |
| MARY HARROD, et. al, | 2:11-CV-02737-CMR |
| ANGEL HENRY, et. al, | 2:10-CV-04080-CMR |
| MARTY INGRAHAM, et. al, | 2:10-CV-04079-CMR |
| MARY MCFALL, et. al, | 2:10-CV-02128-CMR |
| DEBORAH MCKEAN, et. al, | 2:10-CV-04078-CMR |
| THOMAS PAYNE, et. al, | 2:10-CV-07205-CMR |
| DAVID PINSON, et. al, | 2:11-CV-02735-CMR |
| GLENN PYATT, et. al, | 2:10-CV-06917-CMR |
| TERRI ROBERTS, et. al, | 2:11-CV-02733-CMR |
| MARK SCHIEFERLE, et. al, | 2:09-CV-02261-CMR |
| MILDRED SCHMIDT, et. al, | 2:11-CV-02736-CMR |

## STIPULATION AND ORDER TO PLACE IN ADMINISTRATIVE SUSPENSE

The undersigned counsel hereby stipulate that the above-captioned actions are subject to a Master Settlement Agreement between The Simon Law Firm, PC and

GlaxoSmithKline LLC, and that they may be placed in administrative suspense pending ultimate conclusion of settlement.

Dated: August 3, 2012

/s/ Todd S. Hageman
Todd S. Hageman
THE SIMON LAW FIRM PC
701 Market Street
Suite 1450
St. Louis, MO  63101
314-241-2929

*Attorneys for Plaintiffs*

Dated: August 3, 2012

/s/ Kenneth H. Zucker
Nina M. Gussack
George A. Lehner
Kenneth H. Zucker
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Attorneys for Defendant GlaxoSmithKline LLC*

SO ORDERED, the Clerk being directed to mark the above-captioned actions in administrative suspense:

Hon. Cynthia M. Rufe
United States District Judge

Dated: 8-7, 2012