IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 1871 07-MD-01871 HON. CYNTHIA M. RUFE |
| THIS DOCUMENT APPLIES TO: | : : | CIVIL ACTION |
| Amjad Faheem v. GlaxoSmithKline, LLC Marvin Rainey v. GlaxoSmithKline, LLC | : : | No. 11-695 No. 11-3031 |

# ORDER

**AND NOW**, this 7th day of August 2012, upon consideration of Defendants' Motions for Summary Judgment [MDL Doc. No. 1890] and Plaintiffs' Rule 56(d) Motions [MDL Doc. No. 1917] the responses and replies thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. The Motions for Summary Judgment are **GRANTED** as to all personal-injury tort claims asserted by Plaintiffs in the above-captioned cases.

2. The Motions Pursuant to Rule 56(d) are **DENIED.**

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J**.