IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871 |
|---|---|
| THIS DOCUMENT RELATES TO: SAMUEL ANDERSON, et al., | Case No. 2:12-CV-05819-CMR |

## STIPULATION AND ORDER TO PLACE IN ADMINISTRATIVE SUSPENSE

The undersigned counsel hereby stipulate that the above-captioned action is subject to a Settlement Agreement between the Law Offices of William S. Britt and GlaxoSmithKline LLC, and that it may be placed in administrative suspense pending ultimate conclusion of settlement.

Dated: August 7, 2013

/s/ William S. Britt
William S. Britt
LAW OFFICES OF WILLIAM S. BRITT
106 West Fifth Street
Lumberton, NC 28358
(910) 739-7141

*Attorneys for Plaintiffs*

Dated: August 7, 2013

/s/ Aline Fairweather
Aline Fairweather
Nina M. Gussack
George A. Lehner
Kenneth H. Zucker
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Attorneys for Defendant GlaxoSmithKline LLC*

Dated: 8-8, 2013

SO ORDERED,

Hon. Cynthia M. Rufe
United States District Judge