IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871<br>07-md-01871 |
| THIS DOCUMENT APPLIES TO:<br><br>*Madelyn Kirbyson v. Jean-Pierre Garnier* | Civil Action No. 12-4085 |

## ORDER

AND NOW, this 6th day of September 2013, upon consideration of Plaintiff's Motion for Summary Judgment [Doc. No. 4], Defendant's Response and Cross-Motion for Summary Judgment [Doc. No. 5], and Plaintiff's second Motion for Summary Judgment [Doc. No. 7], which the Court construes as a response to Defendant's Cross-Motion, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Cross-Motion for Summary Judgment is **GRANTED** and the case is **DISMISSED** with prejudice as barred by the Settlement Agreement and Confidential Release ("Release") Plaintiff entered into with GlaxoSmithKline. Accordingly, Plaintiff's Motion for Summary Judgment is **DISMISSED** as **MOOT**.

The Clerk of Court is **DIRECTED** to mark the case **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.