IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL NO. 1871<br>: 07-MD-01871<br>: |
| THIS DOCUMENT APPLIES TO: | : HON. CYNTHIA M. RUFE |
| RICHARD V. D'APUZZO<br>*on behalf of himself and all others similarly situated*<br>v.<br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>: NO. 07-4963 |

## ORDER[1]

**AND NOW**, this 15th day of October 2013, upon consideration of Defendant's Motion to Dismiss [Doc. No. 28] and the response and replies thereto, it is hereby **ORDERED** that the Motion is **GRANTED** for the reasons set forth in the accompanying Memorandum Opinion. The Third Amended Complaint is **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.

---

[1] This memorandum opinion and order replace the memorandum opinion and order issued on July 10, 2013, and vacated by order dated July 24, 2013.