**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: **AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | : | **AVANDIA MDL 1871** |
| | : | **2007-MD-1871** |
| | : | |
| | : | |
| **THIS DOCUMENT RELATES TO** | : | |
| | : | |
| *Allied Services Division Welfare Fund v. GSK* | : | **09-CV-730** |
| | : | |
| *UFCW Local 1776 and Participating Employers Health and Welfare Fund v. GSK* | : | |
| | : | **10-CV-2475** |
| | : | |
| *United Benefit Fund v. GSK* | : | **10-CV-5419** |
| | : | |

## ORDER

**AND NOW,** this 22nd day of October 2013, upon consideration of Defendant's Motions to Dismiss the claims of the above named Plaintiffs, and all responses, replies, sur-replies, and supplemental authority submitted, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1.      The Motion to Dismiss the claims of Allied Services Division Welfare Fund [Case No. 09-730, Doc. No. 19] is **DENIED.**   In light of this ruling, Allied Services shall provide a **status report** to the Court, within 14 days of the date of this Order, indicating whether or not it wishes to withdraw its opposed Motion for Leave to File a Third Amended Complaint.

2.      The Motion to Dismiss the claims of UFCW Local 1776 [Case No. 10-2475, Doc. No. 16] is **DENIED**.

3.      The Motion to Dismiss the claims of United Benefit Fund [Case No. 10-5419, Doc. No. 6] is **DENIED** in substantial part.  However, having found that United Benefit Fund lacks standing to assert a claim on its own behalf under Pennsylvania's UTPCLP, its UTPCLP claim asserted on its own behalf is **DISMISSED.**  Having found that United Benefit Fund has

failed to state a claim on its own behalf under the consumer protection laws of any state except New York, those state law claims are **DISMISSED** without prejudice.

4.      To the extent that the Motions ask the Court to strike the class allegations contained in the complaints, the Court finds a ruling on the viability of the class allegations would be premature, and accordingly **DENIES** the motions to strike class allegations without prejudice.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**