## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

———————————————————— :

IN RE: AVANDIA MARKETING, SALES : 
PRACTICES AND PRODUCTS LIABILITY :     MDL No. 1871
LITIGATION :     No. 07-md-01871-CMR

———————————————————— :
     :
THIS DOCUMENT RELATES TO: :
Case No. 2:10-cv-01637-CMR :
     :
COUNTY OF SANTA CLARA and THE :
PEOPLE OF THE STATE OF CALIFORNIA, :
acting by and through Acting Santa Clara :
County Counsel Lori E. Pegg, :
     :
         Plaintiffs, :
     :
       v. :
     :
SMITHKLINE BEECHAM CORPORATION :
d/b/a GLAXOSMITHKLINE L.L.C., :
     :
         Defendant. :
———————————————————— :

———————————————————————

## TWENTY-THIRD REPORT AND RECOMMENDATION OF
## THE SPECIAL MASTER AS TO
## A PROPOSED CASE MANAGEMENT ORDER
## IN *COUNTY OF SANTA CLARA V. GSK*

———————————————————————

The Special Master submits this Report and Recommendation recommending that the Court

enter a case management order governing the remainder of fact and expert discovery in *County of*

*Santa Clara v. GSK*, No. 2:10-cv-01637-CMR.

## Background

This government entity action was transferred to this Court by the Judicial Panel on

Multidistrict Litigation in April 2010.  Since that time, the parties have engaged in extensive fact

discovery, and they are now in the final stages of such discovery.  After much discussion and in consultation with the Special Master, the parties have agreed on a proposed schedule governing the remainder of fact discovery and the timing of expert discovery, as reflected in the proposed Case Management Order submitted with this Report and Recommendation.  Under the proposed schedule, all fact discovery would conclude by March 28, 2014.  Expert discovery would conclude by August 4, 2014.

The Special Master believes that the proposed schedule reflects a reasonable effort by the parties to conclude fact and expert discovery in an efficient and expeditious manner.  The Special Master therefore recommends adoption of the Case Management Order submitted with this Report and Recommendation.

Dated:  December 2, 2013                    /s/ Bruce P. Merenstein_____
                                            Bruce P. Merenstein, Special Master

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                        :
IN RE: AVANDIA MARKETING, SALES         :
PRACTICES AND PRODUCTS LIABILITY        :       MDL No. 1871
LITIGATION                              :       No. 07-md-01871-CMR
_____ :
                                        :
THIS DOCUMENT RELATES TO:               :
Case No. 2:10-cv-01637-CMR              :
                                        :
COUNTY OF SANTA CLARA and THE           :
PEOPLE OF THE STATE OF CALIFORNIA,      :
acting by and through Acting Santa Clara:
County Counsel Lori E. Pegg,            :
                                        :
                Plaintiffs,             :
                                        :
        v.                              :
                                        :
SMITHKLINE BEECHAM CORPORATION          :
d/b/a GLAXOSMITHKLINE L.L.C.,           :
                                        :
                Defendant.              :
_____ :


## CERTIFICATE OF SERVICE

I, Bruce P. Merenstein, hereby certify that on December 2, 2013, I caused to be

electronically filed the foregoing **Twenty-Third Report and Recommendation of the Special**

**Master As to a Proposed Case Management Order in** ***County of Santa Clara v. GSK***.

Through the Court's ECF system, this document is available for viewing and downloading.


                                        /s/ Bruce P. Merenstein_____
                                        Bruce P. Merenstein