IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

----------------------------------------------------------------------

| | | |
|---|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 1871 |
| ---------------------------------------------------------------------- | : | |
| THIS DOCUMENT RELATES TO: Case No.: 2:10-cv-01637-CMR | : : : | CIVIL ACTION NO.: 2:10-cv-01637-CMR |
| COUNTY OF SANTA CLARA and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Acting Santa Clara County Counsel Lori E. Pegg, | : : : : : : | |
| Plaintiffs, | : : | |
| -vs.- | : : | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE L.L.C., | : : : | |
| Defendant. | : | |

----------------------------------------------------------------------

## CASE MANAGEMENT ORDER NO. 1

1. Fact discovery will close on March 28, 2014.

2. By April 1, 2014, the plaintiff will serve its expert reports.

3. If plaintiff's expert reports rely on information about individual doctors or payors who have not been deposed or employ a restitution model that uses a comparator drug, GSK may seek leave from the Special Master no later than April 15, 2014 to take further fact discovery related to the information relied on by plaintiff's experts.

4. By June 2, 2014, GSK will serve expert reports.

5. GSK may take the depositions of plaintiff's experts between April 21, 2014 and May 30, 2014.

6. The plaintiff may take the depositions of GSK's experts between June 16, 2014 and July 25, 2014.

7. The plaintiff may seek leave from the Special Master no later than July 1, 2014 to serve rebuttal expert witness reports that are limited to contradicting or rebutting opinions set forth in GSK's expert reports. Any such rebuttal expert reports permitted by the Special Master must be served by August 4, 2014.

-2-

                                     **SO ORDERED:**

                                     _____

                                     Cynthia M. Rufe, J.

Dated: _____ , 2013