UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES | : | |
| PRACTICES AND PRODUCTS | : | MDL No. 1871 |
| LIABILITY LITIGATION | : | 07-md-01871 |
| | : | |
| | : | |
| THIS DOCUMENT APPLIES TO: | : | |
| ALL ACTIONS | : | |
| | : | |

MOTION FOR ORDER TO SHOW CAUSE

The Court-appointed Advisory Committee hereby respectfully moves this Court to issue an Order to Show Cause, requiring the law firm of Girardi Keese to appear and explain why it and its clients are not subject to Pretrial Order No. 70's common benefit assessment. In support of its Motion, the Advisory Committee incorporates the attached memorandum of law.

Dated: March 13, 2014         /s/ Dianne M. Nast
                              Dianne M. Nast
                              NastLaw LLC
                              1101 Market Street
                              Suite 2801
                              Philadelphia, Pennsylvania 19107
                              (215) 923-9300
                              dnast@nastlaw.com

                              Vance R. Andrus
                              Andrus, Hood & Wagstaff, PC
                              1999 Broadway, Suite 4150
                              Denver, Colorado 80202
                              (303) 376-6360

Bryan F. Aylstock
Aylstock, Witkin, Kreis & Overholtz PLLC
17 East Main Street, Suite 200
Pensacola, Florida  32502
(850) 916-7450

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, Missouri  64112
(816) 701-1102

Joseph J. Zonies
Reilly Pozner LLP
1900 Sixteenth Street, Ste. 1700
Denver, Colorado  80202
(303) 893-6100

*Plaintiffs' Advisory Committee*


Paul R. Kiesel
Kiesel Boucher Larson LLP
8648 Wilshire Blvd.
Beverly Hills, California  90211
(310) 854-4444

*Plaintiffs' Coordinating Counsel*


Stephen A. Corr
Stark and Stark
777 Township Line Road, Suite 120
Yardley, Pennsylvania 19067
(267) 759-9684

*Plaintiffs' Liaison Counsel*