UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 1871 07-md-01871 |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : : : : | |

ORDER

Upon consideration of the Advisory Committee's Motion for Order to Show

Cause, it is hereby ORDERED that the motion is GRANTED.  The firm of Girardi

Keese is ordered to show cause as to why it and its clients are not subject to Pretrial

Order No. 70's common benefit assessment

BY THE COURT:

_____
Cynthia M. Rufe, J.