IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL No. 1871<br>: 07-md-01871<br>:<br>: |
| THIS DOCUMENT APPLIES TO:<br><br>*GSK v. Girardi Keese* | :<br>:<br>: 14-cv-1701<br>: |

### ORDER

AND NOW, this 24th day of March 2014, it is hereby **ORDERED** that the Court will hold a hearing on Plaintiff's Motion for a Temporary Restraining Order on **Wednesday, March 26, 2014 at 10:00 a.m.**  All counsel and interested parties must report to Courtroom 12A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.