# EXHIBIT 3

# ANDRUS  BOUDREAUX<sup>PLC</sup>

| | |
|---|---|
| 1999 BROADWAY STE 4150 | Vance R. Andrus†* |
| DENVER, CO 80202 | Richard J. Hood* |
| OFFICE: (303) 376-6360 | Thomas A. Clark* |
| FAX: (303) 376-6361 | Aimee H. Wagstaff* |
| | *Admitted in Colorado |
| | †Admitted in Louisiana |

August 31, 2009

<u>VIA U.S. MAIL</u>

Nina Gussack
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

      Re:    Avandia MDL

Dear Ms. Gussack:

    Pursuant to Section e of Article 4 of CMO 70, the Plaintiffs' Steering Committee does hereby advise GlaxoSmithKline that all claims in which any one of the firms listed on the attached Exhibit A have a financial interest are "Covered Claims" and subject to assessment under CMO 70 in MDL 1871. A member of each of the firms listed on Exhibit A is either a member of the MDL PSC, or has signed either the protective Order or the Participation Agreement mentioned in Article 3, b.

    By copy we are informing all counsel listed on Exhibit A of this communication. Should any of them disagree with our designation of their cases as Covered Claims, we invite them to contact me to discuss the matter.

                With Kind Regards,

                */s/ Vance R. Andrus*

                Vance R. Andrus, Esq.

Cc:    Sean Fahey
        Joe Crawford
        Bryan Aylstock

Joseph Zonies
Mark Lanier
Thomas Mellon
Rick Meadow
Firms Listed on Exhibit A

2

## Exhibit A

A.D. Woska & Associates, PC

Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.

Anderson Law Offices, LLC

Andrus Boudreaux, PLC

Ashcraft & Gerel, LLP

Balkin & Eisbrouch, LLC

Baum, Hedlund, Aristei & Goldman, PC

Branch Law Firm

Crivella West

Davis & Feder Attorneys at Law, P.A.

Finkelstein & Partners

Finkelstein Thompson, LLP

Girardi Keese

Hersh & Hersh

Kline & Specter, PC

Lanham Blackwell, PA

Levin Papantonio Thomas Mitchell Eschner Proctor, PA

Littlepage Booth

Lundy, Lundy, Soileau & South, LLP

MacDonald Rothweiler Eisenburg, LLP

Matthews & Associates

Mellon Webster & Shelly

Milberg, LLP

Morelli Ratner

Motley Rice, LLC

Murray, Frank & Sailer, LLP

Philips & Associates

Potts Law Firm, LLC

Reilly Pozner, LLP

Ritter Attorneys-At-Law, LTD

RodaNast, PC

Sheller, PC

Sill Medley Law Firm, PLLC

St. Martin & Bourque

The Lanier Law Firm

The Maher Law Firm

The Miller Firm, LLC

The Sanders Firm

Wagstaff & Cartmell, LLP

Watkins Casaudoumecq & Letofsky LLP

Williams Kherkher Hart & Boundas, LLP

Zimmerman Reed

# ANDRUS BOUDREAUX PLC

1999 BROADWAY STE 4150  
DENVER, CO 80202  
OFFICE: (303) 376-6360  
FAX: (303) 376-6361

Vance R. Andrus†*  
Richard J. Hood*  
Thomas A. Clark*  
Aimee H. Wagstaff*

*Admitted in Colorado  
†Admitted in Louisiana

September 21, 2009

<u>VIA U.S. MAIL</u>

Nina Gussack  
Pepper Hamilton, LLP  
3000 Two Logan Square  
Eighteenth and Arch Streets  
Philadelphia, PA 19103

Re:   Avandia MDL

Dear Ms. Gussack:

Pursuant to Section e of Article 4 of CMO 70, the Plaintiffs' Steering Committee does hereby advise GlaxoSmithKline that all claims in which any one of the firms listed on the attached Exhibit A have a financial interest are "Covered Claims" and subject to assessment under CMO 70 in MDL 1871. A member of each of the firms listed on Exhibit A is either a member of the MDL PSC, or has signed either the protective Order or the Participation Agreement mentioned in Article 3, b.

By copy we are informing all counsel listed on Exhibit A of this communication. Should any of them disagree with our designation of their cases as Covered Claims, we invite them to contact me to discuss the matter.

With Kind Regards,

*/s/ Vance R. Andrus*

Vance R. Andrus, Esq.

Cc:   Sean Fahey  
　　　Joe Crawford  
　　　Bryan Aylstock

Joseph Zonies
Mark Lanier
Thomas Mellon
Rick Meadow
Firms Listed on Exhibit A

2

**EXHIBIT A**

A.D. Woska & Associates, PC
Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
Anderson Law Offices, LLC
Andrus Boudreaux, PLC
Ashcraft & Gerel, LLP
Aylstock, Witkin, Kreis & Overholtz
Balkin & Eisbrouch, LLC
Baum, Hedlund, Aristei & Goldman, PC
Branch Law Firm
Cellino & Barnes
Davis & Feder Attorneys at Law, P.A.
Finkelstein & Partners
Finkelstein Thompson, LLP
Girardi Keese
Hardison & Associates
Hersh & Hersh
Kline & Specter, PC
Lanham Blackwell, PA
Levin Papantonio Thomas Mitchell Eschner Proctor, PA
Littlepage Booth
Lundy, Lundy, Soileau & South, LLP
MacDonald Rothweiler Eisenburg, LLP
Matthews & Associates
Michael Hingle & Associates, LLC
Milberg, LLP
Morelli Ratner
Motley Rice, LLC
Murray, Frank & Sailer, LLP
Philips & Associates
Potts Law Firm, LLC
Reilly Pozner, LLP
Robinson, Calcagnie & Robinson
RodaNast, PC
Sheller, PC
Sill Medley Law Firm, PLLC
Sizemore Taylor, LLP
St. Martin & Bourque
The Lanier Law Firm
The Maher Law Firm
The Miller Firm, LLC
The Sanders Firm
Wagstaff & Cartmell, LLP
Williams Kherkher Hart & Boundas, LLP
Zimmerman Reed