# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871 |
|---|---|
| **THIS DOCUMENT RELATES TO:** | Case No. |
| LINDA BALDWIN, et al., | 2:08-CV-03281-CMR |
| BARBARA BURKES, et al., | 2:08-CV-04237-CMR |
| MAMIE COLEMAN, et al., | 2:08-CV-01083-CMR |
| WILLIAM DAWSON, et al., | 2:08-CV-00651 CMR |
| LYNEL DIXON, et al., | 2:08-CV-03278-CMR |
| JOHN DUSSAULT, et al., | 2:11-CV-03301-CMR |
| JEROME GELLER, et al., | 2:08-CV-01621-CMR |
| JOAN GRABOWSKI, et al., | 2:11-CV-03298-CMR |
| NICHOLAS GRISANTI, et al., | 2:11-CV-03297-CMR |
| JOHN HAEICK, et al., | 2:11-CV-03294-CMR |
| DENNIS HAYES, et al., | 2:08-CV-02942-CMR |
| KENNETH HEGGS, et al., | 2:11-CV-03296-CMR |
| LOIS HENSLEY, et al., | 2:08-CV-01623-CMR |
| CAROLINE HERBERGER, et al., | 2:11-CV-03293-CMR |
| RANDY JOHNSON, et al., | 2:08-CV-02894-CMR |
| RENEE MICK, et al., | 2:08-CV-05019-CMR |
| RICHARD PACILLO, et al., | 2:11-CV-03288-CMR |
| CAROLYN PRENCE, et al., | 2:08-CV-01622-CMR |
| JOHN PRUETT, et al., | 2:08-CV-01567-CMR |
| JOSEPH SACCO, et al., | 2:11-CV-03302-CMR |
| JOHN SCARDINO, JR., et al., | 2:08-CV-05823-CMR |
| BUFORD, SR. STINSON, et al., | 2:08-CV-01625-CMR |
| MARY TURNAGE, et al., | 2:11-CV-03295-CMR |

| KAREN WEINERMAN, et al., | 2:08-CV-00649 CMR |
| CASSANDRA WOEHR, et al., | 2:08-CV-03280-CMR |

## STIPULATION AND ORDER TO PLACE IN ADMINISTRATIVE SUSPENSE

The undersigned counsel hereby stipulate that the above-captioned actions are subject to a Master Settlement Agreement between Girardi Keese and GlaxoSmithKline LLC, and that they may be placed in administrative suspense pending the ultimate conclusion of the settlement.

Dated: 10-4-12

Thomas V. Girardi
Keith D. Griffin
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
(213) 977-0211

Theresa Walsh
BROWN CHIARI
5775 Broadway
Lancaster, NY 14086
(716) 681-7190

Ryan Sullivan
BROWN & CROUPPEN
720 Olive Street
#1800
St. Louis, MO 63101
(314) 421-0216

*Attorneys for Plaintiffs*

Dated: 10/4/2012

Nina M. Gussack /FTP
George A. Lehner
Kenneth H. Zucker
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Attorneys for Defendant
GlaxoSmithKline LLC*

SO ORDERED, the Clerk being directed to mark the above-captioned actions in administrative suspense:

Dated: 10-9, 2012

Hon. Cynthia M. Rufe
United States District Judge