# EXHIBIT 6

Roxanne M. Wilson (SBN 94627)
Tuan Uong (SBN 272447)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: (213) 457 8000
Facsimile: (213) 457 8080
E-mail: rwilson@reedsmith.com
tuong@reedsmith.com

Sean P. Fahey (admitted *Pro Hac Vice*)
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
E-mail: faheys@pepperlaw.com

Donald F. Zimmer, Jr. (SBN 112279)
KING & SPALDING LLP
101 Second Street
Suite 2300
San Francisco, CA 94107
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: fzimmer@kslaw.com

Attorneys for Defendants
GLAXOSMITHKLINE LLC (formerly known
as SMITHKLINE BEECHAM
CORPORATION d/b/a GLAXOSMITHKLINE)
and McKESSON CORPORATION

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES – CENTRAL CIVIL WEST COURTHOUSE

| | |
|---|---|
| Coordination Proceeding<br>Special Title (Rule 3.550)<br><br>AVANDIA DRUG CASES<br><br>This Document Relates to:<br><br>Nancy LaVoise v. Smith Kline<br>Beecham Corporation d/b/a<br>GlaxoSmithKline, et al.<br>Case No. YC059811 | Judicial Council Coordination Proceeding<br><br>JCCP 4578<br><br>Date: April 11, 2012<br>Time: 9:00 a.m.<br>Place: Dept. 323<br><br>**WITNESS LISTS FOR TRIAL**<br><br>Complaint Filed: May 19, 2009<br>Trial Date: April 11, 2012<br>Discovery Cut-off: August 31, 2011<br><br>Honorable Elihu M. Berle – Dept. 323 |

Plaintiff Nancy LaVoise and Defendants GlaxoSmithKline LLC and McKesson Corporation respectfully submit the following Witness Lists for Trial:

Exhibit A: Plaintiff's Witness List

Exhibit B: Defendants' Trial Witness List

Exhibit C: Defendants' Counter Designations to Plaintiff's Trial Designations

1  The parties reserve the right to supplement or amend their trial witness lists. Accordingly,
2  the following trial witness lists are given without prejudice to the parties to supplement or amend
3  their trial witness list.

5  DATED: March 23, 2012

By: /s/ Roxanne M. Wilson
Roxanne M. Wilson
Attorneys for Defendants GLAXOSMITHKLINE LLC (formerly known as SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE) and McKESSON CORPORATION

By: /s/ Keith Griffin by RMW
Thomas V. Girardi
Keith Griffin
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
Telephone: 213-977-0211
Email: tgirardi@girardikeese.com
kgriffin@girardikeese.com

Attorneys for Plaintiff
NANCY LAVOISE

# EXHIBIT A

## EXHIBIT A

### Plaintiff's Trial Witness List

| WITNESS | DESCRIPTION OF WITNESS | EXPECTED TIME FOR DIRECT EXAM | EXPECTED TIME FOR CROSS EXAM |
|---|---|---|---|
| Susan Abelson, RN* | **Plaintiff's Treating Physician** | | |
| Alastair Benbow | **GSK Employee** | 00:25:00 | |
| Joanna Balcarek | **GSK Employee** | | |
| Lee Bledsoe | **GSK Sales Representative** | 00:30:00 | |
| Geri Bonde, O.D.* | **Plaintiff's Treating Physician** | | |
| David Brand | **GSK Employee** | 00:23:00 | |
| Elliot A. Brinton, M.D. | **Plaintiff's Expert** | 5:00:00 | |
| Robert Edwin Buckingham | **GSK Employee** | 00:60:00 | |
| Erin Canavan | **GSK Sales Representative** | 00:30:00 | |
| Laraine Caponi | **GSK Employee** | 01:12:00 | |
| James Carr | **GSK Employee** | 02:30:00 | |
| Mark Chiaramonte | **GSK Sales Representative** | 00:30:00 | |
| Alexander Cobitz | **GSK Employee** | 02:10:00 | |
| David Cocchetto | **GSK Employee** | 00:60:00 | |
| William Collier | **GSK Employee** | 00:25:00 | |
| Kristen Connors-Rall | **GSK Employee** | 02:30:00 | |
| William DuMouchel, Ph.D. | **Third Party Witness** | | |
| Martin Freed | **GSK Employee** | 03:10:00 | |
| Jeffrey D. Fried, M.D. | **GSK Employee** | | |
| Jean Pierre Garnier | **GSK Employee** | 01:05:00 | |
| James R. Gavin, M.D. | **GSK Expert Witness** | | |
| Trevor Gibbs, M.D. | **GSK Employee** | | |
| Jack Griffith | **GSK Sales** | 00:30:00 | |

|  | Representative |  |  |
|---|---|---|---|
| Pushpinder Guleria, M.D. | **Plaintiff's Treating Physician** | 00:55:00 |  |
| Steven Haffner, M.D. | **Third-Party Witness** | 00:43:00 |  |
| David Harrison | **GSK Employee** | 02:15:00 |  |
| Mark Heise | **GSK Employee** | 01:25:00 |  |
| Philip Home* | **Third-Party Witness** | 02:00:00 |  |
| Nicholas P. Jewell, Ph.D. | **Plaintiff's Expert** | 5:00:00 |  |
| Grace Johnson | **Third-Party Witness** | 01:00:00 |  |
| Nigel P. Jones | **GSK Employee** |  |  |
| Geraldine Clare Kahn | **GSK Employee** | 01:30:00 |  |
| John F. Keaney, M.D. | **GSK Expert Witness** |  |  |
| Ronald Krall, M.D. | **GSK Employee** | 01:45:00 |  |
| Margaret Kreider, Ph.D. | **GSK Employee** | 00:20:00 |  |
| Peter Lammers | **GSK Employee** | 02:15:00 |  |
| Nancy LaVoise | **Plaintiff** | 00:90:00 |  |
| Collin Lee | **GSK Sales Representative** | 00:30:00 |  |
| Peter Letendre | **GSK Employee** | 02:40:00 |  |
| Leonard Lipman, M.D.* | **Plaintiff's Treating Physician** |  |  |
| Rosemary Johann-Liang, M.D. | **Third-Party Witness** | 00:40:00 |  |
| Steven Maier, M.D.* | **Plaintiff's Treating Physician** |  |  |
| Elizabeth Mayer-Davis, Ph.D. | **GSK Expert Witness** |  |  |
| Marcil Mamita, M.D.* | **Plaintiff's Treating Physician** |  |  |
| Bernadette Mansi | **GSK Employee** | 03:30:00 |  |
| Lawson McCartney, DVM, Ph.D. | **GSK Employee** | 00:45:00 |  |
| Steve Nissen, M.D. | **Third-Party Witness** | 01:50:00 |  |
| Suzette Osei, M.D. | **GSK Employee** |  |  |

| | | | |
|---|---|---|---|
| Suzanne Parisian M.D. | **Plaintiff's Expert** | 8:00:00 | |
| Heather Parton | **GSK Sales Representative** | 00:30:00 | |
| Elizabeth A. Peck | **GSK Employee** | 03:10:00 | |
| David Pernock | **GSK Employee** | 02:00:00 | |
| Laura M. Plunkett, Ph.D., D.A.B.T. | **Withdrawn for this trial** | | |
| Stuart Pocock* | **Third-Party Witness** | 00:40:00 | |
| John Romankiewicz, Pharm.D. | **Third-Party Witness** | 01:40:00 | |
| Bonnie S. Rossello | **GSK Employee** | 00:40:00 | |
| Peter Rost, M.D. | **Withdrawn for this trial** | | |
| Joshua Septimus, M.D. | **Withdrawn for this trial** | | |
| Sharon Shapowal | **GSK Employee** | 00:10:00 | |
| Moncef Slaoui, Ph.D. | **GSK Employee** | 01:10:00 | |
| Allan D. Sniderman, M.D. | **Withdrawn for this trial** | | |
| Margaret Sowell, M.D., Ph.D. | **GSK Employee** | 00:05:00 | |
| William A. Stellar, M.D. | **Plaintiff's Treating Physician** | | |
| Murray W. Stewart, D.M., F.R.C.P. | **GSK Employee** | | |
| Brian Swirsky, M.D. | **Withdrawn for this trial** | | |
| Mark Toney | **GSK Sales Representative** | 00:30:00 | |
| Winselow Tucker | **GSK Employee** | 02:00:00 | |
| Richard F. Wright, M.D. | **GSK Expert Witness** | | |
| Charles Whitcomb, M.D. | **Plaintiff's Specific Causation Expert** | | |
| Curtis Wong, M.D.* | **Plaintiff's Treating Physician** | | |
| Michael Wyman, M.D.* | **Plaintiff's Treating Physician** | | |
| "Person Most Knowledgable" Regarding Financial Net | | | |

-3-

| Worth of GSK | | | |

*These witnesses also appear on Defendants' Witness List

# EXHIBIT B

# EXHIBIT B

## Defendants' Trial Witness List[1]

| Witness | Called By | Description of Witness | Total Time DEF[2] | Total Counter Designation / Cross Exam Time PLF |
|---|---|---|---|---|
| 1. Susan Abelson, R.M.** | Defendants | Plaintiff's Treating Physician | 00:14:18 | |
| 2. Geri Bonde, O.D. | Defendants | Plaintiff's Treating Physician | 00:04:53 | |
| 3. Greg Burkhart, M.D., M.S. | Defendants | Defendants' Expert Witness | 2:00:00 | |
| 4. William DuMouchel, Ph.D | Defendants | Third-Party Witness | 00:23:02 | |
| 5. Jeff Freid, M.D. | Defendants | GSK Employee | 00:46:33 | |
| 6. James Gavin, III, M.D., Ph.D. | Defendants | Defendants' Expert Witness | 2:00:00 | |
| 7. Trevor Gibbs, M.D. | Defendants | GSK Employee | 00:33:01 | |
| 8. Stephen Hobbiger | Defendants | GSK Employee | 00:48:44 | |
| 9. Philip Home | Defendants | Third Party Witness | 1:26:21 | |
| 10. John Keaney, M.D. | Defendants | Defendants' Expert Witness | 1:30:00 | |
| 11. Nancy LaVoise | Defendants | Plaintiff | 00:21:21 | |
| 12. Leonard Lipman, M.D.** | Defendants | Plaintiff's Treating Physician | 00:54:22 | |
| 13. Steven Maier, M.D.** | Defendants | Plaintiff's Treating Physician | 00:30:40 | |
| 14. Marcil Mamita, M.D.** | Defendants | Plaintiff's Treating Physician | 00:28:05 | |
| 15. Elizabeth Mayer Davis, Ph.D. | Defendants | Defendants' Expert Witness | 1:00:00 | |
| 16. Suzette Osei, M.D. | Defendants | GSK Employee | 1:04:01 | |
| 17. Stuart Pocock | Defendants | Third Party Witness | 1:08:32 | |
| 18. Moncef Slaoui, Ph.D. | Defendants | GSK Employee | 2:00:00 | |
| 19. Murray Stewart, M.D. | Defendants | GSK Employee | 2:00:00 | |

---

[1] Defendants reserve the right to call any witness designated by Plaintiff on Plaintiff's Trial Witness List and any rebuttal witnesses not identified herein.

[2] Run time is designated in hours:minutes:seconds.

| Witness | Called By | Description of Witness | Total Time DEF | Total Counter Designation / Cross Exam Time PLF |
|---|---|---|---|---|
| 20. Curtis Wong, D.O.** | Defendants | Plaintiff's Treating Physician | 00:16:18 | |
| 21. Richard Wright, M.D. | Defendants | Defendants' Expert Witness | 1:30:00 | |
| 22. Ray Michael Wyman, M.D.** | Defendants | Plaintiff's Treating Physician | 00:23:44 | |

Time Estimate Defendants' Witness List: 7 hours, 46 minutes (video) / 12 hours (live)
Total Time Estimate Defendants' Witness List: 19 hours, 46 minutes
Total Time Estimate Plaintiff's Counter Designations / Cross Exam Time: TBD

\*\*Defendants intend to call these witnesses live at trial. In the event the witness is unavailable under the Code, Defendants hereby submit their designations, pursuant to CCP § 2025.620 et seq. Defendants submit their designations contingent, in part, upon the Court's rulings concerning the admissibility of Plaintiff's exhibits and deposition designation testimony otherwise objected to by Defendants. Defendants reserve the right to withdraw their designations pending the outcome of the Court's rulings.

# EXHIBIT C

## EXHIBIT C

## Defendants' Counter Designations to Plaintiff's Trial Designations

| Witness | Called By | Description of Witness | Total Time PLF | Total Counter Designation / Cross Exam Time DEF |
|---|---|---|---|---|
| 1. Alistair Benbow | Plaintiff | GSK Employee | | 00:11:51 |
| 2. David Brand | Plaintiff | GSK Employee | | 00:05:52 |
| 3. Robin Buckingham | Plaintiff | GSK Employee | | 00:08:32 |
| 4. Laraine Caponi*** | Plaintiff | GSK Employee | | 00:07:00 |
| 5. James Carr | Plaintiff | GSK Employee | | 00:07:50 |
| 6. Alexander Cobitz, M.D.*** | Plaintiff | GSK Employee | | 00:18:18 |
| 7. David Cocchetto, Ph.D.*** | Plaintiff | GSK Employee | | 00:20:24 |
| 8. William Collier | Plaintiff | GSK Employee | | 00:4:59 |
| 9. Kristin Connors-Rall | Plaintiff | GSK Employee | | 00:06:16 |
| 10. Martin Freed, M.D.*** | Plaintiff | GSK Employee | | 00:33:13 |
| 11. Jean Paul Garnier*** | Plaintiff | GSK Employee | | 00:13:13 |
| 12. Steven Haffner, M.D. | Plaintiff | Third-Party Witness | | 00:01:40 |
| 13. David Harrison | Plaintiff | GSK Employee | | 00:23:42 |
| 14. Mark Heise, Ph.D.*** | Plaintiff | GSK Employee | | 00:05:55 |
| 15. Philip Home | Plaintiff | Third-Party Witness | | TBD |
| 16. Rosemary Johann-Liang | Plaintiff | Third-Party Witness | | 00:02:08 |
| 17. Grace Johnson | Plaintiff | Third-Party Witness | | 00:15:37 |
| 18. Geraldine Clare Kahn | Plaintiff | GSK Employee | | 00:15:26 |
| 19. Ronald Krall, M.D.*** | Plaintiff | GSK Employee | | 00:20:09 |
| 20. Margaret Kreider, Ph.D.*** | Plaintiff | GSK Employee | | 00:01:57 |
| 21. Peter Lammers | Plaintiff | GSK Employee | | 00:07:52 |
| 22. Peter Letendre*** | Plaintiff | GSK Employee | | 00:24:02 |
| 23. Bernadette Mansi*** | Plaintiff | GSK Employee | | 00:09:41 |

-7-

| Witness | Called By | Description of Witness | Total Time PLF | Total Counter Designation / Cross Exam Time DEF |
|---|---|---|---|---|
| 24. Lawson Macartney, DVM, Ph.D. | Plaintiff | GSK Employee | | 00:18:32 |
| 25. Steve Nissen, M.D. | Plaintiff | Third-Party Witness | | 01:14:56 |
| 26. Elizabeth A. Peck | Plaintiff | GSK Employee | | 00:04:41 |
| 27. David Pernock | Plaintiff | GSK Employee | | 00:22:50 |
| 28. Stuart Pocock | Plaintiff | Third-Party Witness | | 00:00:39 |
| 29. John Romankiewicz, Pharm.D. | Plaintiff | Third-Party Witness | | 00:21:36 |
| 30. Bonnie S. Rossello | Plaintiff | GSK Employee | | 00:04:01 |
| 31. Sharon Shapowal | Plaintiff | GSK Employee | | 00:02:41 |
| 32. Moncef Slaoui | Defendants | GSK Employee | | 00:14:24 |
| 33. Margaret Sowell, M.D., Ph.D. | Plaintiff | GSK Employee | | 00:04:21 |
| 34. Winselow Tucker | Plaintiff | GSK Employee | | 00:14:13 |

Time Estimate Plaintiff's "Top 10" Witnesses: 18 hours, 34 minutes (video)
Total Time Estimate Plaintiff's Trial Witnesses: 60 hours, 4 minutes (video only)
Total Time Estimate Defendants' Counter Designations / Cross Exam Time: 10:05:24 (video only)

\*\*\* Plaintiff has designated these witnesses as their "Top 10."