## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2014, a copy of the foregoing Reply Memorandum in Further Support of Motion for Order to Show Cause was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Dianne M. Nast
Dianne M. Nast