IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871<br>07-md-01871 |
| THIS DOCUMENT APPLIES TO:<br><br>*GlaxoSmithKline v. Girardi Keese* | 14-cv-1701 |

## RULE TO SHOW CAUSE

**AND NOW**, this 16th day of April 2014, upon review of correspondence from GlaxoSmithKline dated April 16, 2014 and from Girardi Keese also dated April 16, 2014 (both attached hereto under seal), a Rule is entered on Thomas Girardi, Esq. to **SHOW CAUSE** as to whether or not the Court shall hold him in contempt and impose sanctions. The Court will determine whether Mr. Girardi has failed to comply with this Court's March 26, 2014 Order, which set forth the appropriate steps to take should the parties not be able to reach an agreement regarding arbitration, and whether he has instead engaged in unprofessional and vexatious conduct. Any written response to this Order may be submitted on or before April 22, 2014.

It is further **ORDERED** that the Court will hold a hearing to address this issue on **April 24, 2014 at 3:00 p.m.** Thomas Girardi, Esq., counsel for the parties, and any witnesses or interested parties shall appear in person at Courtroom 12A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

It is so **ORDERED**.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.