IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 1871<br>07-md-1871 |
| THIS DOCUMENT APPLIES TO:<br>See Attachment A | : : : : : | |

## ORDER

**AND NOW**, this 15th day of May 2014, upon consideration of Plaintiffs' Motions to Remand,[1] Defendants' responses, and Plaintiffs' replies thereto, and after a hearing on the Motions, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that in the following eight cases the Motion to Remand is **GRANTED**:

- Alaimalo, et al. v. McKesson, et al., 13-5870;
- Aaron, et al. v. McKesson, et al., 13-5819;
- Aleem, et al. v. McKesson, et al., 13-5854;
- Allen, et al. v. McKesson, et al., 13-5864;
- Allender, et al. v. McKesson, et al., 13-5858;
- Alvarez, et al. v. McKesson, et al., 13-5869;
- August, et al. v. McKesson, et al., 13-5826;
- Barnes, et al. v. McKesson, et al., 13-5851.

The Motions to Remand are **DENIED** in all other cases listed in Attachment A.

---

[1] In addition to appearing on the individual dockets, some of the motions to remand appear on the MDL Docket (see Doc. No. 3696, 3697, 3745).

In each case over which the Court retains jurisdiction, it is further **ORDERED** that, except for the first-named plaintiff, every other plaintiff (and his or her derivative claimants, if any) in the above-captioned actions is hereby severed pursuant to Fed. R. Civ. P. 21. Pursuant to PTO 4 [Doc. No. 122], each severed plaintiff may file a complaint in the Eastern District of Pennsylvania or in another district with proper venue within 30 days of the date of this Order.[2]

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**

---

[2] With regard to the applicable limitations period, any action filed by a severed plaintiff within 30 days of the date of this Order will be deemed to have been filed on the filing date of the original multi-plaintiff complaint from which the plaintiff was severed.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                                                :
**In re: AVANDIA MARKETING, SALES**       :        MDL No. 1871
**PRACTICES AND PRODUCTS**                    :        07-md-1871
**LIABILITY LITIGATION**                              :
_____:

### Attachment A

| | | |
|---|---|---|
| **Alaimalo, et al. v. McKesson, et al.** | : | 13-5870 |
| **Ashley, et al. v. McKesson, et al.** | : | 13-5836 |
| **Boreni, et al. v. McKesson, et al.** | : | 13-5830 |
| **Brock, et al. v. McKesson, et al.** | : | 13-5871 |
| **Butler, et al. v. McKesson, et al.** | : | 13-5873 |
| **Cruz, et al. v. McKesson, et al.** | : | 13-5829 |
| **Dudley, et al. v. McKesson, et al.** | : | 13-5877 |
| **Flores, et al. v. McKesson, et al.** | : | 13-5872 |
| **Fortune, et al. v. McKesson, et al.** | : | 13-5879 |
| **Johnson, et al. v. McKesson, et al.** | : | 13-5831 |
| **Jones, et al. v. McKesson, et al.** | : | 13-5878 |
| **Messih, et al. v. McKesson, et al.** | : | 13-5874 |
| **Muniz, et al. v. McKesson, et al.** | : | 13-5835 |
| **Ortiz, et al. v. McKesson, et al.** | : | 13-5875 |
| **Parks, et al. v. McKesson, et al.** | : | 13-5876 |
| **Sage, et al. v. McKesson, et al.** | : | 13-5832 |
| **Yaqub, et al. v. McKesson, et al.** | : | 13-5833 |
| **Zavala, et al. v. McKesson, et al.** | : | 13-5834 |
| | | |
| **Aaron, et al. v. McKesson, et al.** | : | 13-5819 |
| **Ackerman, et al. v. McKesson, et al.** | : | 13-5853 |
| **Adams, et al. v. McKesson, et al.** | : | 13-5862 |
| **Adkins, et al. v. McKesson, et al.** | : | 13-5852 |
| **Albayrak, et al. v. McKesson, et al.** | : | 13-5860 |
| **Aleem, et al. v. McKesson, et al.** | : | 13-5854 |
| **Allen, et al. v. McKesson, et al.** | : | 13-5856 |
| **Allen, et al. v. McKesson, et al.** | : | 13-5864 |
| **Allen, et al. v. McKesson, et al.** | : | 13-5821 |
| **Allender, et al. v. McKesson, et al.** | : | 13-5858 |
| **Alvarez, et al. v. McKesson, et al.** | : | 13-5866 |
| **Alvarez, et al. v. McKesson, et al.** | : | 13-5869 |
| **Anderson, et al. v. McKesson, et al.** | : | 13-5849 |
| **Anderson, et al. v. McKesson, et al.** | : | 13-5863 |
| **Arvizu, et al. v. McKesson, et al.** | : | 13-5820 |

| | | |
|---|---|---|
| **Aud, et al. v. McKesson, et al.** | **:** | **13-5865** |
| **August, et al. v. McKesson, et al.** | **:** | **13-5826** |
| **Ball, et al. v. McKesson, et al.** | **:** | **13-5818** |
| **Barnes, et al. v. McKesson, et al.** | **:** | **13-5851** |
| **Buckley, et al. v. McKesson, et al.** | **:** | **13-5850** |
| **Dadus, et al. v. McKesson, et al.** | **:** | **13-5859** |
| **Esche, et al. v. McKesson, et al.** | **:** | **13-5855** |
| **Fields, et al. v. McKesson, et al.** | **:** | **13-5817** |
| **Hargrove, et al. v. McKesson, et al.** | **:** | **13-5867** |
| **Harrison, et al. v. McKesson, et al.** | **:** | **13-5816** |
| **Joshlin, et al. v. McKesson, et al.** | **:** | **13-5857** |
| **Lamb, et al. v. McKesson, et al.** | **:** | **13-5825** |
| **Myers, et al. v. McKesson, et al.** | **:** | **13-5823** |
| **Pacheco, et al. v. McKesson, et al.** | **:** | **13-5827** |
| **Pandolfo, et al. v. McKesson, et al.** | **:** | **13-5824** |
| **Poff, et al. v. McKesson, et al.** | **:** | **13-5868** |
| **Summa, et al. v. McKesson, et al.** | **:** | **13-5861** |
| **West, et al. v. McKesson, et al.** | **:** | **13-5828** |
| | | |
| **Tarango, et al. v. McKesson, et al.** | **:** | **13-5822** |
| **Syrek, et al. v. McKesson, et al.** | **:** | **13-5910** |