# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : AVANDIA MDL NO. 07-1871<br>:<br>: HON. CYNTHIA M. RUFE |

## STIPULATION AND AGREED ORDER

It is hereby STIPULATED AND AGREED by and between undersigned counsel for the plaintiffs and Defendant GlaxoSmithKline LLC ("GSK"), subject to the Court's approval, as follows:

WHEREAS, on May 15, 2014, the Court denied plaintiffs' motion to remand in 26 actions brought by plaintiffs' counsel and severed all but the first-named plaintiff in these actions ("Remand Order") [MDL No. 07-1871, Docket No. 4010].

WHEREAS, GSK moved for summary judgment on statute of limitations grounds in 121 individual cases, and, on May 16, 2014, the Court granted GSK's motion in 115 cases ("MSJ Order") [MDL No. 07-1871, Docket No. 4012]. The Court then vacated its MSJ Order as to six plaintiffs. The Court has not yet ruled on GSK's second motion for summary judgment on statute of limitations grounds, which relies on GSK's initial statute of limitations briefing and applies to four additional plaintiffs. [MDL No. 07-1871, Docket No. 3996].

WHEREAS, the parties have agreed, and the Court has ordered, that the plaintiffs' obligation to respond to GSK's motions for summary judgment has been stayed until further notice. [MDL No. 07-1871, Docket No. 4043]

WHEREAS, the counsel for plaintiffs and GSK have conferred following the entry of the Court's Remand Order and MSJ Order, and plaintiffs' counsel reported that they are

in the process of communicating with the plaintiffs potentially impacted by the Remand Order and MSJ Order.

WHEREAS, plaintiffs' counsel has reported that 255 plaintiffs severed by the Remand Order will not pursue their claims. These plaintiffs are listed on Exhibit A.

NOW THEREFORE, the parties stipulate that:

1. The former plaintiffs listed in Exhibit A will not pursue their Avandia claims against GSK in any court.

2. GSK will not seek costs relating to the claims asserted by these former plaintiffs.

DATED:

_____
Barrett Beasley
Salim-Beasley, LLC
1901 Texas Street
Natchitoches, LA 71457
Telephone: (318) 238-1827
Fax: (318) 354-1227

*Attorney for the Plaintiffs*

_____
Anthony Vale
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000
Fax: (215) 981-4750

*Attorneys for the Defendant*

**SO ORDERED**

_____
Cynthia M. Rufe, District Judge

Dated: _____, 2014

# EXHIBIT A

Abdullah, Zul-Jalaal
Allen, Jesse
Alvarez, Maximo
Alvers, Kenneth C
Andreine, Harry
Arkadie, Edna
Arnold, Larry
Babcock, Margaret C.
Barney, Cora
Barr, Nathan
Basil, Crystal
Bates, Surletha
Bedingfield, Sr., George W.
Bigstaff, Mary M.
Birdwell, Richard J.
Bladen, Margaret
Bolinger, Raymond E.
Bowles, Arletta J.
Bozarth, Ronald D.
Brackett, Donna M.
Brand, Kenneth E.
Brandt, Sadie
Braseth, Donald D.
Brdlik, Vernon
Breckenridge, Maria
Brehl, Joseph
Briggs, Nina Faye
Brown, Robert L.
Bryant, Carolyn
Burke, Viola
Burroughs, Gregory
Cabrera, Diana
Callaway, Donald
Casey, Michael J.

Cates, Nilda
Chamberlain, Robin
Chaney, Melvin
Childs, Emmer
Clark, Melvin K.
Clay, Norris E.
Clemens, Geneva
Clickner, Benjamin
Coker, Foly
Correa, Ola P.
Curley, Gladys
Dane, Wanita
Daniel, Eric
Darnell, Brenda
Davenport, Lucy
Davis, Frank D.
Davis, Willie Mae
DeLaCruz, Domingo
Delisca, Clemencia
DeMoss, William
DePasqua, Andrew A.
Dorrough, Kathryn G.
Duran, Christopher M.
Durr, Paul E.
Eaglehorse, Vonda
Eder, William
Esposito, William R
Esquivel, Noe D.
Farley, Norma
Fiorante, Giovanni
Fiorini, Andrew
Fisher, Thelma S
Flanders, Frances
Foster, Daniel
Freitag, Anna
Friscia, Stephanie

Fritchen, Michael
Funk, Cynthia
Garber, Paul Douglas
Gardner, Frances
Garner, Jack
Garza, David
Gaudet, Arthur R.
Gilmer, Roger
Gniadek, Margaret
Gollenbert, Robert M.
Griffin, Geraldine
Grubbs, Ronald L.
Gurley, Gladys
Gutierrez, Isabel
Hainlen, Larry
Harbaugh, Helen
Hardy, Jr., Jesse
Harle, George
Harris, Dorothy Ratliff
Harris, Verne
Harto, Linda
Haskell, Barry G.
Henderson, Robert E.
Hendrix, Danny
Hernandez, Juana
Hester, Vestine
Hicks, Linda
Hills, Sherry D.
Holland, Lorraine M.
Hollywood, Rene
Hubbard, Curtis
Hufstedler, Craig
Iwans, Scott R.
Jackson, Ricky
Jamerson, Dewel
James, Beverly

James, Mary Jo
Jean, Lauretha
Jennings, Judy
Johnson, Fabeolia
Johnson, Larry
Johnson, Lillie Ruth
Jones, Delores
Jones, Sharon
Joneson, Dale Edward
Kabaso, M.D., Laurent
Knudson, Charles
Knutson, Roger
Kramer, Martha
Kretzer, Dallas M
Kweitko, Lynette
Lacy, Curtis
Lambert, Patricia
Laney, Teresa S
Langston, III, William M.
Lawyer, Harry
Leavitt, Tony A.
Lewis, Johnna
Lewis, Timothy J.
Liebl, Linda M.
Linkous, James E.
Lisenby, Joseph - to be submitted in June
Lombardi, Robert
Long, Evelyn
Lunney, Raymond E.
Lydick, Glenn
Lynn, Larry
Martinez, Alberto
Martinez, Edward Daniel
Mask, Donald L
Maurer, Bernice
McBride, Michael

McClendon, Annie
McClure, Eula
McCormick, William Richard
McCulley, Flora Jean
Mealey, Joan B
Meeks, Carrie
Mentzer, Ronald L.
Meyers, Brian K.
Mickel, Janet Maire
Miller, Charlie
Miller, Henry
Moccio, Michael Anthony
Moore, Richard
Moseley, Bertha Ree
Murdock, Dean
Myers, Hattie
Newcomb, George
Newsom, Walter - to be submitted in June
Nicholson, Kenneth
Ogle, Ned
Page, Henry
Pierce, Cheryl
Potts, Helen
Price, Sheena B.
Quorp, Shaunna
Rasmussen, Jacquelyn
Rauch, Charlena R.
Ray, Cindy J.
Rhone, Gladys
Rice, Margaret
Ricketts, Kathryn
Rinz, Randolph
Rivard, Mechelle
Robinson, Elizabeth
Robinson, Joseph M.
Rodibaugh, Dana

7

Rodriguez, Cesar G.
Rogalski Sr., Sherman
Rogers, William
Rose, Rickey
Roshto, Millie
Rucker, Martha
Rufus, Martha
Salmons, Glenn
Samples, Janice
Sampson, Letretha
Scearce, Marion I.
Schenck, JereAnn
Schiff, Dale J.
Schilling, Doris
Schultz, Donald W.
Scott, JoAnn
Sees, Judith J.
Segui, Victoria Lebron
Sessum, Nathan
Seunaraine, Soogee
Shearer, Patricia
Shimmins, Linda Diane
Shockley, Virginia
Shows, Vance G.
Slack, Linda
Smith, Barby
Smith, Cassie
Smith, Doug
Smith, Elizabeth
Smithe, Wanda
Snow, Ray
Sookie, Elanie H.
Staats, Daniel
Stanley, Glen
Stevens, Sr., Philip Lydell
Steward, Richard

8

Stewart, Charles
Stewart, Marian
Stiller, Fred
Stiltner, Karen G.
Story, Frances
Strickland, Joel David
Sullenger, Regina
Sutton, Leamon
Sykes, Paul
Taylor, Susan L.
Teuerle, Marie P.
Thomas, Fred
Thompson, Harold
Thorsteinson, Todd Michael
Tillotson, Jack
Tindall, Dwight
Todd, Denise
Townsend, Randy
Trexler, Mary Anne
Turner, Mary Mitchell
Tutt, Willie
Valentine, William P.
Vance, Robert A.
Venible, Lee (D)
Wagman, Patricia K.
Warriner, Patrick K.
Watson, Linda A.
Wensel, Sr., Robert A.
White, Olevia
Wilkerson, Margaret
Wilkins, Shirley
Williams, Bernadine L.
Williams, Mafalda
Williams, Norrine W.
Williams, Robert
Williamson, Glenda G.

Wirth, Philip
Wolfe, Eugene
Woods, Gwendolyn L.
Wooten, Aaron
Zerbest, Marguerite