IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATON | MDL NO. 1871<br>07-MD-1871 |
| This document relates to:<br>HUMANA MEDICAL PLAN, INC. et al.<br>v.<br>GLAXOSMITHKLINE, LLC., et al., | CIVIL ACTION NO. 10-6733 |

## ORDER

**AND NOW,** this 24th day of November 2014, upon consideration of Humana's Motion for Class Certification [Doc. No. 41], Defendant's response [Doc. No. 49], and all supplemental briefs, and after a hearing on the motion, and for the reasons set forth in the Memorandum Opinion filed on this date, it is hereby **ORDERED** that the Motion is **DENIED.**

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.