IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871 |
|---|---|
| **THIS DOCUMENT RELATES TO:** | Case No. |
| Roy Butler, et al. | 2:10-cv-06665-CMR |
| Andrew Caruso, et al. | 2:11-cv-00759-CMR |
| John Cox, et al. | 2:11-cv-00759-CMR |
| Annette Davis, et al. | 2:11-cv-00759-CMR |
| Irene Ehlert, et al. | 2:11-cv-00759-CMR |
| Roger Guitierrez, et al. | 2:11-cv-00759-CMR |
| Thomas Naughtin, et al. | 2:11-cv-00759-CMR |
| Anthony Nelson, et al. | 2:11-cv-00759-CMR |
| Amy Pieczul, et al. | 2:11-cv-00759-CMR |
| Danny Singleton, et al. | 2:10-cv-06594-CMR |
| Vickie Smith-Purvis, et al. | 2:11-cv-00759-CMR |
| Melody Wheeler, et al. | 2:11-cv-00759-CMR |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for Plaintiffs in the above-captioned actions and Defendant GlaxoSmithKline LLC, that all claims in the above-captioned actions asserted by Plaintiffs against all Defendants are dismissed without prejudice, with each party to bear its own fees and costs.

Dated:

Jason C. Webster
THE WEBSTER LAW FIRM
6200 Savoy, Suite 515
Houston, TX 77036
(713) 581-3900

MESSA & ASSOCIATES
123 S 22nd Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

Dated:

Nina M. Gussack
George A. Lehner
Kenneth H. Zucker
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Attorneys for Defendant GlaxoSmithKline LLC*

Approved: Feb. 6, 2015

Hon. Cynthia M. Rufe