IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871 |
| THIS DOCUMENT RELATES TO: | |
| ESTELLA SOLIZ, | Case No. 2:14-cv-04544-CMR |
| Plaintiff, | |
| v. | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and MCKESSON CORPORATION, | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by their respective counsel, stipulate and agree that this action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 25, 2015

Alyssa White, Esquire
Johnson Law Group
55 Waugh Drive, Suite 800
Houston, TX 77007
(713) 626-9336

*Attorneys for Plaintiff*

Dated: February 24, 2015

/s/ Mary Margaret Spence
Mary Margaret Spence
Hyung P. Steele
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Attorneys for Defendant GlaxoSmithKline LLC*

Dated: February 25, 2015

*(signature)*

Kevin G. Lohman
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

*Attorneys for Defendant McKesson Corporation*

Dated: 2-25-15

SO ORDERED,

*(signature)*

Hon. Cynthia M. Rufe
United States District Judge

2