IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 1871 07-md-01871 |
| THIS DOCUMENT APPLIES TO: *Linda Schatz and John Schatz v. GSK* | : : : : : | 12-1588 |

### ORDER

**AND NOW**, this 24th day of March 2015, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 10], Plaintiffs' response, and Defendant's reply, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiff's claims are dismissed with prejudice.

The Clerk of Court is **DIRECTED** to close this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.