IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | : : : | **MDL NO. 1871** <br> **07-MD-01871** |
| **THIS DOCUMENT APPLIES TO:** | : : | **HON. CYNTHIA M. RUFE** |
| **STACI LAURINO,** *on behalf of herself and all others similarly situated* | : : : | **CIVIL ACTION** <br><br> **NO. 12-3683** |
| v. | : : | |
| **SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE** | : : | |

# ORDER

**AND NOW,** this 16th day of April 2015, upon consideration of Defendant's Motion to Dismiss and the opposition thereto, and for the reasons stated in the Court's memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. The Amended Complaint is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**