# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES & PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>**THIS DOCUMENT APPLIES TO ALL ACTIONS** | : : : : : : : : : | MDL No. 1871<br><br>07-md-01871 |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES:

    Kindly enter the appearance of Stephen A. Sheller in the above-captioned matter

Dated: February 29, 2016        Respectfully submitted,

                                              /s/ Stephen A. Sheller
                                              Stephen A. Sheller
                                              SHELLER, P.C.
                                              1528 Walnut Street, 4th Floor
                                              Philadelphia, PA 19102
                                              Tel: (215) 790-7300
                                              Fax: (215) 546-0942
                                              sasheller@sheller.com

## **CERTIFICATE OF SERVICE**

  I, Stephen A. Sheller, hereby certify that I served the foregoing Notice of Entry of Appearance upon all counsel of record via the Court's electronic filing system.

| | |
|---|---|
| Dated: <u>February 29, 2016</u> | <u>/s/ Stephen A. Sheller</u><br>Stephen A. Sheller |