IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: AVANDIA MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : MDL 1871 : 07-md-01871 : |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : : : : |

## ORDER TO SHOW CAUSE

Upon consideration of the Motion for Order to Show Cause Respecting Common Benefit Assessment (Under Seal) filed by GlaxoSmithKline LLC ("GSK"), it is hereby ORDERED that the motion is GRANTED. The law firm of Girardi Keese and the Avandia MDL Advisory Committee are each ordered to show cause as to why it, and not the other, is entitled to receive the remaining Common Benefit Assessment reserve being withheld by GSK from sums payable under GSK's settlement with Girardi Keese.

BY THE COURT:

*Cynthia M. Rufe, J.*

#38709804 v1