IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 1871<br>07-md-01871 |
| THIS DOCUMENT APPLIES TO:<br>Collier v. GlaxoSmithKline<br>Ezell v. GlaxoSmithKline | : : : : : | 11-480<br>11-482 |

AND NOW, this 17th day of June 2016, upon consideration of ATG's Motion for Indemnification from Michael Greer and Greer, Russell, Dent, & Leathers PLLC (Case No. 11-480, Doc. No. 32; Case No. 11-482, Doc. No. 30), and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
**CYNTHIA M. RUFE, J.**