IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : <br> : <br> :  MDL No. 1871 <br> :  No. 07-md-01871-CMR <br> : |
| THIS DOCUMENT RELATES TO: <br><br> All Actions | : <br> : <br> : <br> : <br> : |

**NOTICE OF FILING OF TWENTY-SIXTH REPORT AND RECOMMENDATION OF THE SPECIAL MASTER FOR** *IN CAMERA* **REVIEW**

The Special Master has submitted for *in camera* review the **Twenty-Sixth Report and Recommendation of the Special Master As to the Court-Appointed Advisory Committee's Motion to Compel Answers to Discovery Addressed to Girardi Keese**, and has served the Report and Recommendation on the Plaintiffs' Advisory Committee, Plaintiffs' Coordinating Counsel, Plaintiffs' Liaison Counsel, Counsel for Girardi Keese, and Counsel for GSK.  The Report and Recommendation has not been filed publicly because at least one of these parties has requested that the Report and Recommendation be filed under seal.  The Court, and not the Special Master, should determine whether the Report and Recommendation should be filed under seal or publicly via ECF.  Until that determination is made, the Report and Recommendation will not be filed publicly, but has been provided to the Court and all interested parties.

                                                      /s/ Bruce P. Merenstein
                                                      Bruce P. Merenstein, Special Master

Dated: July 27, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : <br> : <br> : MDL No. 1871 <br> : No. 07-md-01871-CMR <br> : |
| THIS DOCUMENT RELATES TO: <br> All Actions | : <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

    I, Bruce P. Merenstein, hereby certify that on July 27, 2016, I caused to be electronically filed the foregoing **Notice of Filing of Twenty-Sixth Report and Recommendation of the Special Master for *in Camera* Review**. Through the Court's ECF system, this document is available for viewing and downloading.

                                    /s/ Bruce P. Merenstein
                                    Bruce P. Merenstein