# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871 <br> 07-md-1871 |
| THIS DOCUMENT APPLIES TO: <br><br> *Elias Poksanf v. GSK* | 11-cv-2139 |

## ORDER

**AND NOW,** this 4th day of November 2016, upon consideration of Defendant's Motion for Summary Judgment [11-2139, Doc. No. 9; MDL 1871, Doc. No. 4824], Plaintiff's response, and Defendant's reply, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **GRANTED.** Plaintiff's claims are dismissed with prejudice.

The Clerk of Court is **DIRECTED** to close this case.

It is so **ORDERED.**

                                                **BY THE COURT:**

                                                **/s/ Cynthia M. Rufe**
                                                _____
                                                **CYNTHIA M. RUFE, J.**