IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | AVANDIA MDL 1871 07-MD-1871 |
| THIS DOCUMENT RELATES TO: | : : | |
| *County of Santa Clara v. GSK* | : : | 10-CV-1637 |

### ORDER

**AND NOW,** this 28th day of February 2017, upon consideration of Plaintiff's Motion Appealing the Twenty-Fourth Report and Recommendation of the Special Master [Doc. No. 4569], and the response and reply thereto, and after an oral argument on the motion, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion Appealing the Twenty-Fourth Report and Recommendation of the Special Master [Doc. No. 4569] is **DENIED**.

2. Plaintiff's Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. No. 4377] is **DENIED**.

3. Plaintiff's request for certification of an interlocutory appeal and a stay of proceedings is **GRANTED**.

   It is so **ORDERED.**

> BY THE COURT:
>
> /s/ Cynthia M. Rufe
> _____
> **CYNTHIA M. RUFE, J.**