# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL NO. 1871<br>: 07-md-1871<br>: |
| THIS DOCUMENT APPLIES TO:<br>ALL THIRD-PARTY PAYOR ACTIONS | :<br>:<br>: |

## ORDER

**AND NOW**, this 7th day of December 2017, upon consideration of Defendant's Motion for Summary Judgment on the Grounds of Preemption [Doc. No. 4871], the responses and replies thereto, arguments made by counsel for the parties at the hearing held on February 3, 2017, and in accordance with the Memorandum Opinion issued this day, it is hereby **ORDERED** that the Motion [Doc. No. 4871] is **GRANTED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**