# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | : : : | MDL NO. 1871 07-md-1871 |
| **THIS DOCUMENT APPLIES TO:** *County of Santa Clara v. SmithKline Beecham Corporation, doing business as GlaxoSmithKline, L.L.C.* | : : : : : : | 10-CV-1637 |

## ORDER

**AND NOW**, this 7th day of December 2017, upon consideration of Defendant's Motion for Partial Summary Judgment on Label-Based Claims [Doc. No. 64], Defendant's Motion for Partial Summary Judgment on Restitution [Doc. No. 68], the responses and replies thereto, arguments made by counsel for the parties at the hearing held on February 3, 2017, and in accordance with the Memorandum Opinion issued this day, it is hereby **ORDERED** that the Motions [Doc. Nos. 64, 68] are **GRANTED**.

It is so **ORDERED.**

                                                    **BY THE COURT:**

                                                    **/s/ Cynthia M. Rufe, J.**
                                                    _____
                                                    **CYNTHIA M. RUFE, J.**