IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871 <br> 07-md-01871 |
| THIS DOCUMENT APPLIES TO: <br> *Siddoway v. GSK* | 09-5599 |

## ORDER

**AND NOW**, this 12th day of December 2017, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 12], the responses thereto [Doc. Nos. 15, 18], and in accordance with the Memorandum Opinion issued this day, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment [Doc. No. 12] is **GRANTED**. It is further **ORDERED** that the Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
**CYNTHIA M. RUFE, J.**