## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| IN RE: AVANDIA MARKETING, SALES | : | **MDL NO. 1871** |
| PRACTICES AND PRODUCTS | : | **07-md-1871** |
| LIABILITY LITIGATION | : | |
| _____ | : | |
| | : | |
| THIS DOCUMENT APPLIES TO: | : | |
| ALL ACTIONS | : | |

## ORDER

**AND NOW**, this 2nd day of January 2018, upon consideration of the Renewed Motion for an Injunction Under the All-Writs Act by the Advisory Committee [Doc. No. 5143], the responses and replies thereto, and in accordance with the memorandum issued this day, it is hereby **ORDERED** as follows:

1. The Court will **DEFER** ruling on the Motion [Doc. No. 5143]; and

2. The parties shall jointly **PROVIDE** forthwith the accompanying memorandum issued this day to the Twentieth Judicial Circuit in St. Clair County, Illinois.

It is so **ORDERED**.


**BY THE COURT:**

**/s/ Cynthia M. Rufe, J.**
_____
**CYNTHIA M. RUFE, J.**