IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 1871 07-md-1871 |
| THIS DOCUMENT APPLIES TO: *County of Santa Clara v. SmithKline Beecham Corporation, doing business as GlaxoSmithKline, L.L.C.* | : : : : : | 10-CV-1637 |

## ORDER

**AND NOW**, this 22nd day of January 2018, upon review of the dockets in this case, and noting that all dispositive motions have been resolved, it is hereby **ORDERED** that the parties shall report to the Court in writing with respect to whether the case is settled on or before **February 1, 2018**. In the event the case is not settled, counsel shall include in their report a statement as to whether they believe a settlement conference before a magistrate judge, mediation under Local Civil Rule 53.3, or some other form of alternative dispute resolution might be of assistance in resolving the case and, if so, on what form of alternative dispute resolution they agree and by what date they will be prepared to commence such proceedings.

If the parties do not wish to engage in alternative dispute resolution, they shall provide the Court with a joint status report for resolution of these proceedings on or before **February 1, 2018**, including whether the case should be remanded to the United States District Court for the Northern District of California for trial on the limited issue of damages.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.