IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: AVANDIA MARKETING,
SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

CIVIL ACTION NO.
MDL No. 1871
2:07-md-01871-CMR
Hon. Cynthia M. Rufe

THIS DOCUMENT RELATES TO
Case No.: 2:10-CV-01637-CMR

COUNTY OF SANTA CLARA and THE
PEOPLE OF THE STATE OF CALIFORNIA,
acting by and through Acting Santa Clara
County Counsel Lori E. Pegg,

        Plaintiffs,

vs.

SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE L.L.C.,

        Defendant.

## <u>NOTICE OF CHANGE IN COUNSEL</u>

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Danny Y. Chou is no longer counsel of record for Plaintiff

THE PEOPLE OF THE STATE OF CALIFORNIA and is no longer with the Office of the

County Counsel.

//

//

//

//

//

1

All other counsels of record for Plaintiff remain the same and should continue to receive electronic filing notifications in the above-captioned case.

Dated: February 23, 2018   By: */s/ Kavita Narayan*
           James R. Williams (CA Bar No. 271253)
           County Counsel
           Greta Hansen (CA Bar No. 251471)
           Chief Assistant County Counsel
           Kavita Narayan (CA Bar No. 264191)
           Lead Deputy County Counsel

           OFFICE OF THE COUNTY COUNSEL
           COUNTY OF SANTA CLARA
           70 West Hedding St., East Wing, 9th Fl.
           San Jose, CA 95110
           (408) 299-5900

           Paul R. Kiesel (CA Bar No. 119854)
           Helen Zukin (CA Bar No. 117933)
           KIESEL LAW LLP
           8648 Wilshire Boulevard, Suite 300
           Beverly Hills, CA 90211
           (310) 854-4444

           G. Erick Rosemond (CA Bar No. 226389)
           THE ROSEMOND LAW GROUP, P.C.
           8441 Gulf Freeway, Suite 200
           Houston, TX 77017
           (713) 230-2342

           John T. Boundas (TX Bar No. 00793367)
           Harry G. Potter III (TX Bar No. 16175300)
           WILLIAMS KHERKHER LAW FIRM
           8441 Gulf Freeway, Suite 600
           Houston, TX 77017-5051
           (713) 230-2200

           **Attorneys for Plaintiff THE PEOPLE OF THE STATE OF CALIFORNIA**

## CERTIFICATE OF SERVICE

I, Tam Lobach, hereby certify that on this 23rd day of February 2018, I did cause to have the foregoing **NOTICE OF CHANGE IN COUNSEL** served by ECF electronic notification upon the following:

Nina M. Gussack, Esq.
Anthony Vale, Esq.
Yvonne M. McKenzie, Esq.
Hedya Aryani, Esq.
Mary Margaret Spence, Esq.
PEPPER & HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4011

Attorneys for Defendant GlaxoSmithKline LLC

Tam Lobach

1710380

3