# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871<br><br>Case No. 07-md-1871 |
| THIS DOCUMENT RELATES TO:<br><br>*United Benefit Fund v. GlaxoSmithKline LLC* | No. 10-5419 |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Please enter the appearance of Michael J. Boni as counsel for A.J. de Bartolomeo, Esq. and the Gibbs Law Group LLP.

Dated: May 16, 2019                                  Respectfully submitted,

                                                           */s/ Michael J. Boni*
                                                           Michael J. Boni (PA 52983)
                                                           BONI, ZACK & SNYDER LLC
                                                           15 St. Asaphs Road
                                                           Bala Cynwyd, PA  19004
                                                           Telephone: (610) 822-0200
                                                           Fax:  (610) 822-0206
                                                           mboni@bonizack.com