IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871<br><br>Case No. 07-md-1871 |
| THIS DOCUMENT RELATES TO:<br><br>*United Benefit Fund v. GlaxoSmithKline LLC* | No. 10-5419 |

## A.J. DE BARTOLOMEO'S MOTION TO DISMISS GSK'S MOTION FOR SANCTIONS

A.J. de Bartolomeo, Esq., hereby moves the Court to dismiss GlaxoSmithKline LLC's motion for sanctions against her. The grounds are set forth in the accompanying memorandum of law.

Dated: June 13, 2019

Respectfully submitted,

*/s/ Michael J. Boni*
Michael J. Boni (PA 52983)
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: (610) 822-0200
Fax: (610) 822-0206
mboni@bonizack.com

*Attorney for A.J. de Bartolomeo and Gibbs Law Group*