IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871<br><br>Case No. 07-md-1871 |
| THIS DOCUMENT RELATES TO:<br><br>*United Benefit Fund v. GlaxoSmithKline LLC* | No. 10-5419 |

## ORDER

AND NOW, this _____ day of _____, 2019, after consideration of A.J. de Bartolomeo, Esq.'s motion to dismiss GlaxoSmithKline LLC's ("GSK") motion for sanctions against her ("Motion"), and any response thereto, it is HEREBY ORDERED that the Motion is GRANTED and GSK's motion for sanctions against A.J. de Bartolomeo is dismissed with prejudice.

BY THE COURT:

_____
Cynthia M. Rufe, J.