IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 1871 07-md-1871 |
| THIS DOCUMENT APPLIES TO: | : : : | |
| *Allied Services Division Welfare Fund v. GSK* | : | Civil Action No. 09-730 |

FILED NOV 08 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 8th day of November 2019, upon consideration of James Dugan and Art Sadin's Motion to Compel [Doc. No. 128] and the response and reply thereto and GSK's Motion to Compel [Doc. No. 130] and the response thereto, and for the reasons stated in the separate Memorandum Opinion, it is hereby **ORDERED** as follows:

1. James Dugan and Art Sadin's Motion to Compel [Doc. No. 128] is **DENIED**;

2. GSK's Motion to Compel [Doc. No. 130] is **GRANTED** in part and **DENIED** in part as explained in the Memorandum Opinion. Specifically, Attorney Dugan must respond by **November 22, 2019**, to GSK's Requests for Admission Nos. 5–14 and 20–26, and to Request No. 19 to the extent of his knowledge after making reasonable inquiry, and Attorney Sadin must respond by **November 22, 2019**, to GSK's Requests for Admission Nos. 6–11, 13–15, and 21–27, and to Request No. 20 to the extent of his knowledge after making reasonable inquiry.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.