**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | : : : : | **MDL NO. 1871** **07-md-1871** |
| **THIS DOCUMENT APPLIES TO:** | : : : | |
| *Allied Services Division Welfare Fund v. GSK* | : : | *Civil Action No. 09-730* |

## <u>ORDER</u>

**AND NOW**, this 26th day of June 2020, upon consideration of GSK's Motion for Sanctions [Doc. No. 96] and the response and reply thereto, and the targeted attorneys' Motion to Dismiss the Motion for Sanctions [Doc. No. 121] and the responses and replies thereto, it is hereby **ORDERED** as follows:

1. GSK's Motion for Sanctions [Doc. No. 96] is **DENIED**.

2. GSK's Motion to Withdraw the Motion for Sanctions as to Plaintiff Allied Services Division [Doc. No. 124] is **GRANTED**.

3. Dugan and Sadin's Motion to Dismiss the Motion for Sanctions [Doc. No. 121] is **DISMISSED as moot**.

    It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**