IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871<br>No. 07-md-01871-CMR |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | HON. CYNTHIA M. RUFE |

# ORDER

**AND NOW**, this _____ day of _____ 2020, in accordance with the Court's Order of June 10, 2020 [Doc. No. 5308], approving the disbursement of the $10,050,000 reserve funds to the members of the Plaintiffs' Advisory Committee, and upon consideration of the Twenty-Seventh Report and Recommendation of the Special Master As to Allocation of the Reserve Funds in the Common Benefit Fund Created by PTO No. 70, it is hereby **ORDERED**:

1. The Report and Recommendation is **APPROVED**.

2. The Avandia Common Benefit Fund Administrator is hereby **ORDERED**, no later than ten days after entry of this Order, to disburse the reserve funds of $10,050,000 in the following amounts to the following members of the Plaintiffs' Advisory Committee:

    a.    Vance R. Andrus: $1,602,430.56;

    b.    Bryan F. Aylstock: $1,618,712.12;

    c.    Thomas P. Cartmell: $665,282.03;

    d.       Stephen A. Corr: $1,591,905.69;

    e.       Paul R. Kiesel: $648,569.03;

    f.       Dianne M. Nast: $1,654,132.04;

    g.       Bill Robins III: $642,595.37; and

    h.       Joseph J. Zonies: $1,626,373.16.

It is so **ORDERED**.

                                      **BY THE COURT:**

                                      _____
                                      **CYNTHIA M. RUFE, J.**