IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY | : : : | MDL No. 1871 LITIGATION No. 07-md-01871-CMR |
| | : | |
| THIS DOCUMENT RELATES TO: | : : | HON. CYNTHIA M. RUFE |
| All Actions | : : : | |

# ORDER

**AND NOW**, this 27th day of August 2020, in accordance with the Court's Order of June 10, 2020 [Doc. No. 5308], and upon consideration of the Twenty-Seventh Report and Recommendation of the Special Master As to Allocation of the Reserve Funds in the Common Benefit Fund Created by PTO No. 70 [Doc. No. 5314], it is hereby **ORDERED** that:

1. Motley Rice LLC's Objection to the Report and Recommendation [Doc. No. 5316] is **OVERRULED**.[1]

2. The Report and Recommendation is **APPROVED**.

3. The Motion for Miscellaneous Relief [Doc. No. 5307] is **GRANTED** as follows: The Avandia Common Benefit Fund Administrator is hereby **ORDERED**, no later than 14 days after entry of this Order, to disburse the reserve funds of $10,050,000 in the following amounts to the following members of the Plaintiffs' Advisory Committee:

    a. Vance R. Andrus: $1,602,430.56;

---

[1] The Court's June 10, 2020 Order [Doc. No. 5308] determined that the relief sought in the Plaintiffs' Advisory Committee's Motion for Miscellaneous Relief was appropriate, and that the reserve funds were due to be disbursed to the members of the Plaintiffs' Advisory Committee. Motley Rice is not a member of the Plaintiffs' Advisory Committee and therefore has no basis to object to the Report and Recommendation. Motley Rice did not seek reconsideration of the Court's June 10, 2020 order; nor did it attempt to submit a claim for distribution to the Special Master.

    b.      Bryan F. Aylstock: $1,618,712.12;

    c.      Thomas P. Cartmell: $665,282.03;

    d.      Stephen A. Corr: $1,591,905.69;

    e.      Paul R. Kiesel: $648,569.03;

    f.      Dianne M. Nast: $1,654,132.04;

    g.      Bill Robins III: $642,595.37; and

    h.      Joseph J. Zonies: $1,626,373.16.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**