IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 1871<br>07-md-1871 |
| **This Document Relates To:** | |
| *J.B. Hunt Transportation Services, Inc. v. GlaxoSmithKline* | Civil Action No. 11-4013 |
| *UFCW Local 1776 and Participation Employers Health and Welfare Fund v. GlaxoSmithKline* | Civil Action No. 10-2475 |

## ORDER

**AND NOW,** this 14th day of June 2022, upon consideration of Special Discovery Master Bruce Merenstein's Report and Recommendation [Doc. No. 5408], and noting the consent of the Third Party Payor Plaintiffs and GSK to the Special Master's recommendation, it is hereby **ORDERED** that the Report and Recommendation is **APPROVED and ADOPTED**. A Modified Second Case Management Order will be entered separately.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**