IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871 |
| | No. 07-MD-1871 |
| This Document Relates To: | |
| ALL THIRD PARTY PAYOR ACTIONS | |

## ORDER

**AND NOW**, this _____ day of _____, upon consideration of the August 4, 2022 Report and Recommendation of the Special Discovery Master as to GSK's Re-production in Unredacted Form of Documents Previously Produced in Redacted Form, and any objections to the Report and Recommendation and responses thereto, it is hereby **ORDERED** that all objections to the Report and Recommendation are **OVERRULED**;

**IT IS FURTHER ORDERED** that, within two weeks of this Order, GSK shall re-produce without "trade secret" redactions the 5,456 documents containing relevant, responsive "trade secret" information for which GSK's document vendor possesses original unredacted images.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**