IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT APPLIES TO: ALL THIRD-PARTY PAYOR ACTIONS | MDL NO. 1871<br>07-md-1871 |

## ORDER

**AND NOW,** this 22nd day of May 2025, upon consideration of The Plans' Motion to Certify Class and the responses thereto, and for the reasons set forth in the accompanying opinion, it is hereby **ORDERED** that:

1. Plaintiffs' Motion to Certify Class [Doc. No. 5501] is **GRANTED in part** and **DENIED in part** as follows: the TPP Class is certified for purchases between January 1, 2005, until August 14, 2007.

2. Thomas M. Sobol and Erin C. Burns of Hagens Berman Sobol Shapiro and James R. Dugan II of the Dugan Law Firm are **APPOINTED** as class counsel.

3. Plaintiffs shall file a motion setting forth the proposed notice plan and appointment of administrator for which they seek approval on or before **June 6, 2025**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**