UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-113

No. 25-8023

In re: Avandia Marketing, Sales Practices and Products Liability Litigation

GlaxoSmithKline LLC,
                Petitioner

(E.D. Pa. No. 2:07-md-01871)

Present: SHWARTZ, MONTGOMERY-REEVES AND AMBRO, Circuit Judges

1. Petition for Leave to Appeal pursuant to Fed. R. Civ. P. 23(f) filed by Petitioner GlaxoSmithKline LLC.

2. Motion filed by Petitioner GlaxoSmithKline LLC to Seal volumes III, IV, and V of the appendix.

3. Response filed by Respondents JB Hunt Transport Services Inc and United Food and Commercial Workers Local 1776 and Participating Employers Health and Welfare Fund.

4. Motion filed by Respondents JB Hunt Transport Services Inc and United Food and Commercial Workers Local 1776 and Participating Employers Health and Welfare Fund to seal Appendix Volume V.

5. Motion filed by Petitioner GlaxoSmithKline LLC for leave to file a Reply to Rule 23(F) Petition with Reply.

6. Response filed by Respondents JB Hunt Transport Services Inc and United Food and Commercial Workers Local 1776 and Participating Employers Health and Welfare Fund to Motion.

                              Respectfully,
                              Clerk/lmr

_____ORDER_____

    The foregoing Motion filed by Petitioner GlaxoSmithKline LLC for leave to file a Reply to Rule 23(F) Petition with Reply and the Petition for Leave to Appeal pursuant to Fed. R. Civ. P. 23(f) filed by Petitioner GlaxoSmithKline LLC are **granted**. An opinion explaining the Court's reasoning will follow. The Clerk's Office will open a new appeal on the general docket after Petitioner has paid the appeal fee. Once the parties have filed all required forms for the new appeal, the Clerk shall issue an expedited briefing schedule, setting the following deadlines:

- Appellant's brief and appendix shall be filed within 21 days of the entry of the scheduling order.
- Appellees' brief shall be filed within 21 days of the date Appellant's brief is filed.
- Appellant's reply brief, if any, must be filed within 10 days of the date Appellees' brief is filed.

    The motion filed by Petitioner GlaxoSmithKline LLC to Seal volumes III, IV, and V of the appendix and the motion filed by Respondents JB Hunt Transport Services Inc and United Food and Commercial Workers Local 1776 and Participating Employers Health and Welfare Fund to seal Appendix Volume V are **dismissed as moot,** as it was unnecessary to consider the materials in these Volumes of the Appendix to resolve the Petition. The Clerk is directed to remove the documents from the docket. To enable the Court to address efficiently the issues raised in the Petition, the parties are directed to include in the joint appendix that will be submitted with the opening brief only those materials necessary for the Court to address the issues raised.

By the Court,

s/THOMAS L. AMBRO
Circuit Judge

Dated: July 7, 2025
Lmr/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk