**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1871**<br>**07-md-1871** |
| **THIS DOCUMENT APPLIES TO: ALL THIRD-PARTY PAYOR ACTIONS** | |

# ORDER

**AND NOW,** this 2nd day of October 2026, upon review of the record in this case, it is hereby **ORDERED** that a telephone status conference will be held on **Wednesday, October 7, 2026 at 2:00 P.M. ET. Please use the following call-in telephone number to be connected to the conference: +1 267-817-5858; Passcode: 302 157 457#**. Counsel of record for Plaintiffs and Defendants are required to appear.

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe
**CYNTHIA M. RUFE, J.**